**Exhibit "D"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-030-740**

Effective Date of Registration:
January 19, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Grecco Photography - Xena 3 |
| **Previous or Alternate Title:** | Group registration/published photos; 18 photos published approx. 06/07/1997 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | June 07, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | by assignment |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Grecco Photography - Xena 3

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** June 07, 1997
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Grecco
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Organization Name:** Michael Grecco Productions, Inc.
**Name:** Michael Grecco
**Email:** michael@michaelgrecco.com
**Telephone:** (310)452-4461
**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

**Name:** Michael Grecco
**Date:** January 19, 2017