**Exhibit "E"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-693**

**Effective Date of Registration:**
August 20, 2017

## Title

**Title of Work:** Group Registration Photos, Grecco Photography Slides 2, published on or about January 7, 1998, 29 photos

**Content Title:** 19971209_Sliders_Cast_MGP_0001

19971209_Sliders_Cast_MGP_0003

19971209_Sliders_Cast_MGP_0004

19971209_Sliders_Cast_MGP_0005

19971209_Sliders_Cast_MGP_0006

19971209_Sliders_Cast_MGP_0007

19971209_Sliders_Cast_MGP_0008

19971209_Sliders_Cast_MGP_0009

19971209_Sliders_Cast_MGP_0010

19971209_Sliders_Cast_MGP_0012

19971209_Sliders_Cast_MGP_0013

19971209_Sliders_Cast_MGP_0014

19971209_Sliders_Cast_MGP_0015

19971209_Sliders_Cast_MGP_0016

19971209_Sliders_Cast_MGP_0017

19971209_Sliders_Cast_MGP_0018

19971209_Sliders_Cast_MGP_0019

19971209_Sliders_Cast_MGP_0020

19971209_Sliders_Cast_MGP_0021

19971209_Sliders_Cast_MGP_0023

19971209_Sliders_Cast_MGP_0024

19971209_Sliders_Cast_MGP_0025

19971209_Sliders_Cast_MGP_0026

19971209_Sliders_Cast_MGP_0027

19971209_Sliders_Cast_MGP_0028

19971209_Sliders_Cast_MGP_0029

19971209_Sliders_Cast_MGP_0030

19971209_Sliders_Cast_MGP_0031

19971209_Sliders_Cast_MGP_0032

## Completion/Publication

Year of Completion: 1997
Date of 1st Publication: January 07, 1998
Nation of 1st Publication: United States

## Author

- Author: Michael Grecco
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1958

## Copyright Claimant

Copyright Claimant: Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
Transfer statement: By written agreement



## Rights and Permissions

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Address: 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

Name: Michael Grecco
Date: August 20, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998