**Exhibit "G"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-063-319**

**Effective Date of Registration:**
July 27, 2017

## Title

**Title of Work:** Group Registration Photos, Grecco Photography X-Files 6, published on or about Oct. 25, 1993, 25 Photos

**Content Title:**
_19930625_X-Files_The_MGP_0022
_19930625_X-Files_The_MGP_0023
_19930625_X-Files_The_MGP_0024
_19930625_X-Files_The_MGP_0025
_19930625_X-Files_The_MGP_0026
_19930625_X-Files_The_MGP_0027
_19930625_X-Files_The_MGP_0028
_19930625_X-Files_The_MGP_0029
_19930625_X-Files_The_MGP_0030
_19930625_X-Files_The_MGP_0031
_19930625_X-Files_The_MGP_0032
_19930625_X-Files_The_MGP_0033
_19930625_X-Files_The_MGP_0034
_19930625_X-Files_The_MGP_0036
_19930625_X-Files_The_MGP_0037
_19930625_X-Files_The_MGP_0038
_19930625_X-Files_The_MGP_0039
_19930625_X-Files_The_MGP_0040
_19930625_X-Files_The_MGP_0041
_19930625_X-Files_The_MGP_0042
19930625_Anderson_Gillian_MGP_0003

19930625_Anderson_Gillian_MGP_0004

19930625_Anderson_Gillian_MGP_0006

19930625_Anderson_Gillian_MGP_0007

19930625_Anderson_Gillian_MGP_0012

## Completion/Publication

Year of Completion: 1993
Date of 1st Publication: October 25, 1993
Nation of 1st Publication: United States

## Author

Author: Michael Grecco
Author Created: photograph
Work made for hire: No
Citizen of: United States
Domiciled in: United States
Year Born: 1958

## Copyright Claimant

Copyright Claimant: Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
Transfer statement: By assignment

## Rights and Permissions

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Address: 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

Name: Michael Grecco
Date: August 17, 2017

---

Correspondence: Yes