**Exhibit "I"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-397-398

**Effective Date of Registration:**
March 04, 2019

**Registration Decision Date:**
June 16, 2020

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title

**Title of Group:** 1980 Unpublished Grecco Photography,19800101_Au_Pairs_MGP_0001.jpg, 19800101_Au_Pairs_MGP_0002.jpg, 19800101_Au_Pairs_MGP_0003.jpg, 19800101_Au_Pairs_MGP_0004.jpg, 19800101_Au_Pairs_MGP_0005.jpg, 19800101_Au_Pairs_MGP_0006.jpg, 19800101_Au_Pairs_MGP_0007.jpg, 19800101_Au_Pairs_MGP_0009.jpg, 19800101_Au_Pairs_MGP_0010.jpg, 19800101_Billy_Goons_MGP_0001.jpg, 19800101_Billy_Goons_MGP_0002.jpg, 19800101_Billy_Goons_MGP_0004.jpg, 19800101_Billy_Goons_MGP_0005.jpg, 19800101_Billy_Goons_MGP_0006.jpg, 19800101_Buzzcocks_MGP_0003.jpg, 19800101_Buzzcocks_MGP_0004.jpg, 19800101_Buzzcocks_MGP_0005.jpg, 19800101_Buzzcocks_MGP_0006.jpg, 19800101_Buzzcocks_MGP_0007.jpg, 19800101_Buzzcocks_MGP_008.jpg, 19800101_Buzzcocks_MGP_0009.jpg, 19800101_Buzzcocks_MGP_0010.jpg, 19800101_Buzzcocks_MGP_0011.jpg, 19800101_Buzzcocks_MGP_0012.jpg, 19800101_Buzzcocks_MGP_0013.jpg, 19800101_Cramps_The_MGP_0011.jpg, 19800101_Cramps_The_MGP_0012.jpg, 19800101_Cramps_The_MGP_0013.jpg, 19800101_Cramps_The_MGP_0014.jpg, 19800101_Cramps_The_MGP_0016.jpg, 19800101_Cramps_The_MGP_0017.jpg, 19800101_Cramps_The_MGP_0018.jpg, 19800101_Cramps_The_MGP_0019.jpg, 19800101_Cramps_The_MGP_0020.jpg, 19800101_Cramps_The_MGP_0022.jpg, 19800101_Cramps_The_MGP_0023.jpg, 19800101_Cramps_The_MGP_0024.jpg, 19800101_Cramps_The_MGP_0025.jpg, 19800101_Cramps_The_MGP_0026.jpg, 19800101_Cramps_The_MGP_0027.jpg, 19800101_Cramps_The_MGP_0028.jpg, 19800101_Cramps_The_MGP_0029.jpg, 19800101_Cramps_The_MGP_0030.jpg, 19800101_Cramps_The_MGP_0031.jpg, 19800101_Cramps_The_MGP_0032.jpg, 19800101_Cramps_The_MGP_0033.jpg,

|                                    |                                               |
|------------------------------------|-----------------------------------------------|
|                                    | 19800101_Cramps_The_MGP_0034.jpg,             |
|                                    | 19800101_David_Johansen_MGP_0001.jpg,         |
|                                    | 19800101_David_Johansen_MGP_0002.jpg,         |
|                                    | 19800101_David_Johansen_MGP_0003.jpg,         |
|                                    | 19800101_David_Johansen_MGP_0004.jpg,         |
| **Number of Photographs in Group:** | 290                                          |

- **Individual Photographs:**  1980 Unpublished Grecco Photography

19800101_David_Johansen_MGP_0005.jpg
19800101_David_Johansen_MGP_0006.jpg
19800101_David_Johansen_MGP_0007.jpg
19800101_David_Johansen_MGP_0008.jpg
19800101_David_Johansen_MGP_0009.jpg
19800101_David_Johansen_MGP_0010.jpg
19800101_David_Johansen_MGP_0011.jpg
19800101_David_Johansen_MGP_0012.jpg
19800101_Drezniak_MGP_0001.jpg
19800101_Drezniak_MGP_0002.jpg
19800101_Drezniak_MGP_0003.jpg
19800101_Drezniak_MGP_0004.jpg
19800101_Drezniak_MGP_0005.jpg
19800101_Drezniak_MGP_006.jpg
19800101_Ground_Zero_MGP_0001.jpg
19800101_Ground_Zero_MGP_0002.jpg
19800101_Ground_Zero_MGP_0003.jpg
19800101_Ground_Zero_MGP_0004.jpg
19800101_Ground_Zero_MGP_0005.jpg
19800101_Ground_Zero_MGP_0006.jpg
19800101_Ground_Zero_MGP_0007.jpg
19800101_Ground_Zero_MGP_0008.jpg
19800101_Ground_Zero_MGP_0009.jpg
19800101_Human_League_MGP_0004.jpg
19800101_Human_League_MGP_0005.jpg
19800101_Human_League_MGP_0006.jpg
19800101_Human_League_MGP_0007.jpg
19800101_Human_League_MGP_0008.jpg
19800101_Human_League_MGP_0009.jpg
19800101_Human_League_MGP_0010.jpg
19800101_Human_League_MGP_0011.jpg
19800101_Human_League_MGP_0012.jpg
19800101_Human_League_MGP_0013.jpg
19800101_Human_League_MGP_0014.jpg
19800101_Human_League_MGP_0015.jpg
19800101_Human_League_MGP_0016.jpg
19800101_Human_League_MGP_0017.jpg
19800101_Human_League_MGP_0018.jpg
19800101_Human_League_MGP_0019.jpg
19800101_Human_League_MGP_0020-2.jpg
19800101_Human_League_MGP_0020.jpg
19800101_Iyall_Debora_Robinson_David_MGP_0058.jpg
19800101_Killing_Joke_MGP_0003.jpg
19800101_Killing_Joke_MGP_0005.jpg
19800101_Killing_Joke_MGP_0006.jpg
19800101_Killing_Joke_MGP_0007.jpg
19800101_Killing_Joke_MGP_0008.jpg
19800101_Killing_Joke_MGP_0009.jpg
19800101_La_Peste_MGP_0006.jpg
19800101_La_Peste_MGP_0007.jpg

19800101_La_Peste_MGP_0008.jpg

- **Individual Photographs:**    1980 Unpublished Grecco Photography 19800101_La_Peste_MGP_0009.jpg
19800101_La_Peste_MGP_0010.jpg
19800101_La_Peste_MGP_0011.jpg
19800101_La_Peste_MGP_0012.jpg
19800101_La_Peste_MGP_0013.jpg
19800101_La_Peste_MGP_0014.jpg
19800101_La_Peste_MGP_0015.jpg
19800101_La_Peste_MGP_0016.jpg
19800101_La_Peste_MGP_0017.jpg
19800101_La_Peste_MGP_0018.jpg
19800101_La_Peste_MGP_0019.jpg
19800101_La_Peste_MGP_0020.jpg
19800101_La_Peste_MGP_0021.jpg
19800101_La_Peste_MGP_0022.jpg
19800101_La_Peste_MGP_0023.jpg
19800101_La_Peste_MGP_0024.jpg
19800101_Lovich_Lene_MGP_0002.jpg
19800101_Lovich_Lene_MGP_0003.jpg
19800101_Lovich_Lene_MGP_0004.jpg
19800101_Lovich_Lene_MGP_0005.jpg
19800101_Lovich_Lene_MGP_0006.jpg
19800101_Lovich_Lene_MGP_0007.jpg
19800101_Lovich_Lene_MGP_0008.jpg
19800101_Lovich_Lene_MGP_0009.jpg
19800101_Lovich_Lene_MGP_0010.jpg
19800101_Lovich_Lene_MGP_0011.jpg
19800101_Lovich_Lene_MGP_0012.jpg
19800101_Lovich_Lene_MGP_0014.jpg
19800101_Lovich_Lene_MGP_0015.jpg
19800101_Lovich_Lene_MGP_0016.jpg
19800101_Lovich_Lene_MGP_0017.jpg
19800101_Lovich_Lene_MGP_0018.jpg
19800101_Lovich_Lene_MGP_0019.jpg
19800101_Lovich_Lene_MGP_0020.jpg
19800101_Lovich_Lene_MGP_0021.jpg
19800101_Nightclubs_Boston_MGP_0001.jpg
19800101_Nightclubs_Boston_MGP_0002.jpg
19800101_Nightclubs_Boston_MGP_0003.jpg
19800101_Nightclubs_Boston_MGP_0004.jpg
19800101_Ocasek_Ric_MGP_0001.jpg
19800101_Personal_Grecco_Michael_MGP_0001.jpg
19800101_Personal_Grecco_Michael_MGP_0002.jpg
19800101_Personal_Grecco_Michael_MGP_0003.jpg
19800101_Personal_Grecco_Michael_MGP_0005.jpg
19800101_Personal_Grecco_Michael_MGP_0014.jpg
19800101_Personal_Grecco_Michael_MGP_0017.jpg
19800101_Personal_Grecco_Michael_MGP_0018.jpg
19800101_Personal_Grecco_Michael_MGP_0019.jpg
19800101_Punk_Fashions_MGP_0001.jpg
19800101_Punk_Fashions_MGP_0002.jpg

- **Individual Photographs:**    1980 Unpublished Grecco Photography
19800101_Punk_Fashions_MGP_0003.jpg
19800101_Punk_Fashions_MGP_0004.jpg
19800101_Punk_Fashions_MGP_0005.jpg
19800101_Punk_Fashions_MGP_0006.jpg

19800101_Punk_Fashions_MGP_0007.jpg
19800101_Punk_Fashions_MGP_0008.jpg
19800101_Punk_Fashions_MGP_0009.jpg
19800101_Punk_Fashions_MGP_0010.jpg
19800101_Punk_Fashions_MGP_0011.jpg
19800101_Punk_Fashions_MGP_0012.jpg
19800101_Punk_Fashions_MGP_0013.jpg
19800101_Punk_Fashions_MGP_0014.jpg
19800101_Punk_Fashions_MGP_1015.jpg
19800101_Rivers_Sam_MGP_0001.jpg
19800101_Rivers_Sam_MGP_0002.jpg
19800101_Rivers_Sam_MGP_0003.jpg
19800101_Rivers_Sam_MGP_0004.jpg
19800101_Rivers_Sam_MGP_0005.jpg
19800101_Rivers_Sam_MGP_0006.jpg
19800101_Rivers_Sam_MGP_0007.jpg
19800101_Rivers_Sam_MGP_0008.jpg
19800101_Rivers_Sam_MGP_0009.jpg
19800101_Rivers_Sam_MGP_0010.jpg
19800101_Rivers_Sam_MGP_0011.jpg
19800101_Rivers_Sam_MGP_0012.jpg
19800101_Rivers_Sam_MGP_0013.jpg
19800101_Rivers_Sam_MGP_0014.jpg
19800101_Rivers_Sam_MGP_0015.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0001.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0002.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0003.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0004.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0005.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0006.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0008.jpg
19800101_Siouxsie_and_the_Banshees_MGP_0009.jpg
19800101_Specials_The_MGP_0003.jpg
19800101_Specials_The_MGP_0004.jpg
19800101_Specials_The_MGP_0005.jpg
19800101_Specials_The_MGP_0006.jpg
19800101_Specials_The_MGP_0007.jpg
19800101_Specials_The_MGP_0008.jpg
19800101_Talking_Heads_MGP_0012.jpg
19800101_Talking_Heads_MGP_0013.jpg
19800101_Talking_Heads_MGP_0014.jpg
19800101_Talking_Heads_MGP_0015.jpg
19800101_Talking_Heads_MGP_0016.jpg
19800101_Talking_Heads_MGP_0017.jpg
19800101_Talking_Heads_MGP_0018.jpg

- **Individual Photographs:**   1980 Unpublished Grecco Photography 19800101_The_Maps_MGP_0001.jpg
19800101_The_Maps_MGP_0002.jpg
19800101_The_Maps_MGP_0003.jpg
19800101_The_Maps_MGP_004.jpg
19800101_The_Maps_MGP_005.jpg
19800101_The_Maps_MGP_006.jpg
19800101_The_Maps_MGP_007.jpg
19800101_The_Maps_MGP_008.jpg
19800101_The_Maps_MGP_009.jpg
19800101_The_Maps_MGP_0010.jpg
19800101_The_Maps_MGP_0011.jpg
19800101_The_Slits_MGP_0002.jpg

19800101_The_Slits_MGP_0003.jpg
19800101_The_Slits_MGP_0004.jpg
19800101_The_Slits_MGP_0005.jpg
19800101_The_Slits_MGP_0006.jpg
19800101_The_Slits_MGP_0007.jpg
19800101_The_Slits_MGP_0008.jpg
19800101_The_Slits_MGP_0009.jpg
19800101_The_Slits_MGP_0010.jpg
19800101_The_Slits_MGP_0010psd.jpg
19800101_The_Slits_MGP_0011.jpg
19800101_The_Slits_MGP_0012.jpg
19800101_The_Slits_MGP_0013.jpg
19800101_The_Slits_MGP_0014.jpg
19800101_The_Slits_MGP_0015.jpg
19800101_The_Slits_MGP_0016.jpg
19800101_The_Slits_MGP_0017.jpg
19800101_The_Slits_MGP_0018.jpg
19801001_Fingerprintz_MGP_0001.jpg
19801001_Fingerprintz_MGP_0004.jpg
19801001_Fingerprintz_MGP_0005.jpg
19801001_Fingerprintz_MGP_0006.jpg
19801001_Fingerprintz_MGP_0007.jpg
19801001_Fingerprintz_MGP_0008.jpg
19801001_Fingerprintz_MGP_0009.jpg
19801001_Fingerprintz_MGP_0010.jpg
19801001_Fingerprintz_MGP_0011.jpg
19801001_Fingerprintz_MGP_0012.jpg
19801001_Fingerprintz_MGP_0013.jpg
19801001_Fingerprintz_MGP_0014.jpg
19801001_Fingerprintz_MGP_0015.jpg
19801001_Fingerprintz_MGP_0016.jpg
19801001_Fingerprintz_MGP_0017.jpg
19801001_Fingerprintz_MGP_0018.jpg
19801001_Fingerprintz_MGP_0019.jpg
19801001_Fingerprintz_MGP_0020.jpg
19801001_Fingerprintz_MGP_0021.jpg
19801001_Fingerprintz_MGP_0022.jpg
19801001_Fingerprintz_MGP_0023.jpg
19801001_Fingerprintz_MGP_0024.jpg

- **Individual Photographs:**    1980 Unpublished Grecco Photography
19801001_Fingerprintz_MGP_0025.jpg
19801001_Fingerprintz_MGP_0026.jpg
19801001_Fingerprintz_MGP_0027.jpg
19801001_Fingerprintz_MGP_0028.jpg
19801001_Fingerprintz_MGP_0029.jpg
19801001_Fingerprintz_MGP_0030.jpg
19801001_Fingerprintz_MGP_0031.jpg
19801001_Fingerprintz_MGP_0032.jpg
19801001_Fingerprintz_MGP_0033.jpg
19801001_Fingerprintz_MGP_0034.jpg
19801001_Fingerprintz_MGP_0035.jpg
19801001_Fingerprintz_MGP_0036.jpg
19801001_Fingerprintz_MGP_0037.jpg
19801113_Williams_Wendy_MGP_0001.jpg
19801113_Williams_Wendy_MGP_0002.jpg
19801113_Williams_Wendy_MGP_0003.jpg
19801113_Williams_Wendy_MGP_0004.jpg

```
19801113_Williams_Wendy_MGP_0005.jpg
19801113_Williams_Wendy_MGP_0007.jpg
19801113_Williams_Wendy_MGP_0008.jpg
19801113_Williams_Wendy_MGP_0009.jpg
19801113_Williams_Wendy_MGP_0010.jpg
19801113_Williams_Wendy_MGP_0011.jpg
19801113_Williams_Wendy_MGP_0012.jpg
19801113_Williams_Wendy_MGP_0013.jpg
19801113_Williams_Wendy_MGP_0014.jpg
19801113_Williams_Wendy_MGP_0015.jpg
19801113_Williams_Wendy_MGP_0016.jpg
19801113_Williams_Wendy_MGP_0017.jpg
19801113_Williams_Wendy_MGP_0018.jpg
19801113_Williams_Wendy_MGP_0019.jpg
19801113_Williams_Wendy_MGP_0025.jpg
19801113_Williams_Wendy_MGP_0026.jpg
19801113_Williams_Wendy_MGP_0027.jpg
19801113_Williams_Wendy_MGP_0028.jpg
19801113_Williams_Wendy_MGP_0029.jpg
19801113_Williams_Wendy_MGP_0030.jpg
19801113_Williams_Wendy_MGP_0031.jpg
19801113_Williams_Wendy_MGP_0032.jpg
19801113_Williams_Wendy_MGP_0033.jpg
```

## Completion/Publication

**Year of Completion:** 1980

## Author

- **Author:** Michael Grecco
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Michael Grecco
3103 17th Street, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Name:** Michael Grecco
**Email:** michael@michaelgrecco.com
**Telephone:** (310)452-4461
**Alt. Phone:** (310)251-4451
**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

|  |  |
|---|---|
| **Name:** | Michael Grecco |
| **Date:** | March 04, 2019 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding group registration: Registration extends only to photographs that are uploaded and appear within the updated photograph title list.