**Exhibit "K"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-030-741

**Effective Date of Registration:**
January 22, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Grecco Photography X-Files 5 |
| **Previous or Alternate Title:** | Group registration/published photos; 11 photos published approx. 10/25/1993 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | October 25, 1993 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | by assignment |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

Page 1 of 2