AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>US District Court, Central District of California |
|---|---|
| DOCKET NO.<br>2:24-cv-04837    DATE FILED<br>6/7/2024 | |
| PLAINTIFF<br>MICHAEL GRECCO PRODUCTIONS, INC. | DEFENDANT<br>TIKTOK INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA 1-431-698 | "19970506_Xena_Lawless_Lucy_MGP_0001" | Michael Grecco Photography, Inc. |
| 2 VA 1-431-698 | "19970506_Xena_lawless_lucy_MGP_0003" | Michael Grecco Photography, Inc. |
| 3 VA 1-431-698 | "19970503_Garcia_Andy_MGP_0001" | Michael Grecco Photography, Inc. |
| 4 VA 1-431-698 | "19910622_En_Vogue_MGP_0010" | Michael Grecco Photography, Inc. |
| 5 VA 1-431-698 | "19850101_Til_Tuesday_Mann_Aimee_MGP_0006" | Michael Grecco Photography, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy