| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Lauren M. Hausman (CA Bar No. 349514)<br>COPYCAT LEGAL PLLC<br>113 N San Vicente Blvd<br>Suite 232<br>Beverly Hills, CA 90211<br>T: (877) 437-6228<br>E: lauren@copycatlegal.com | |
| ATTORNEY(S) FOR:  Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.<br><br>Plaintiff(s),<br>v.<br><br>TIKTOK INC.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-04837<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  MICHAEL GRECCO PRODUCTIONS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Grecco Productions, Inc. | Plaintiff |
| TikTok Inc. | Defendant |

| | |
|---|---|
| June 7, 2024 | /s/ Lauren M. Hausman |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Michael Grecco Productions, Inc.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**