DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice forthcoming*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice forthcoming*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: June 14, 2024 <br><br> Current Response Date: July 5, 2024 <br><br> New Response Date: August 5, 2024 |

Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendant TikTok, Inc. ("Defendant") stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint by thirty days pursuant to Local Rule 8-3.

WHEREAS, on June 7, 2024, Plaintiff filed a Complaint in this action against Defendant (ECF No. 1);

- 1 -

1    WHEREAS, according to the Proof of Service filed in this action (ECF No.11),

2    Plaintiff served Defendant on June 14, 2024, making Defendant's answer or response

3    to the Complaint due on July 5, 2024;

4    WHEREAS, Defendant recently engaged counsel for this action, who is

5    investigating the merits of this action and getting up to speed;

6    WHEREAS, Plaintiff and Defendant agree to a thirty (30) day extension of

7    time to Defendant's deadline to answer or respond to the Complaint pursuant to Local

8    Rule 8-3;

9    WHERAS, thirty (30) days from July 5, 2024 falls on August 4, 2024, a

10   Sunday, making Defendant's answer or response to the Complaint due on Monday

11   August 5, 2024;

12   WHEREAS, the parties have not previously requested an extension;

13   THEREFORE, Plaintiff and Defendant stipulate to a thirty (30) day extension

14   of time, making Defendant's answer or response to the Complaint due on August 5,

15   2024.

16   It is so stipulated.

17   ////

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

Dated:    July 2, 2024                  DORSEY & WHITNEY LLP

                                        By: */s/ J. Michael Keyes*
                                        J. Michael Keyes (SBN 262281)
                                          *keyes.mike@dorsey.com*
                                        Connor J. Hansen (*pro hac vice*)
                                          *hansen.connor@dorsey.com*
                                        Dylan J. Harlow (*pro hac vice*)
                                          *harlow.dyaln@dorsey.com*
                                        Columbia Center
                                        701 Fifth Avenue, Suite 6100
                                        Seattle, WA
                                        Telephone:  206.903.8800
                                        Facsimile:  206.903.8820

                                        DORSEY & WHITNEY LLP
                                        Kent J. Schmidt (SBN 195969)
                                          *schmidt.kent@dorsey.com*
                                        600 Anton Boulevard, Suite 200
                                        Costa Mesa, CA 92626
                                        Telephone:  714.800.1400
                                        Facsimile:  714.800.1499

                                        *Attorneys for Defendant TikTok, Inc.*

Dated:    July 2, 2024                  COPYCAT LEGAL PLLC

                                        By: */s/ Lauren M. Hausman*
                                        Lauren M. Hausman (SBN 349514)
                                        113 N. San Vicente Blvd
                                        Suite 232
                                        Beverly Hills, CA 90211
                                        (877) 437-6228
                                        lauren@copycatlegal.com

                                        *Attorney for Plaintiff Michael Grecco Productions, Inc.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT                    Case No. 2:24-CV-04837-FLA-MAR