DORSEY & WHITNEY LLP
Kent J. Schmidt (195969)
600 Anton Blvd., Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff(s)<br>v.<br><br>TIKTOK, INC.,<br><br>Defendant(s) | CASE NUMBER<br>2:24-CV-04837-FLA-MAR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hansen, Connor J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-903-2407               206-903-8820
*Telephone Number*         *Fax Number*

hansen.connor@dorsey.com
*E-Mail Address*

of

Dorsey & Whitney, LLP
701 5th Ave., Suite 6100
Seattle, WA 98104

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant TikTok, Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**

Schmidt, Kent J.
*Designee's Name (Last Name, First Name & Middle Initial)*

195969             714.800.1400        714.464.4507
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

schmidt.kent@dorsey.com
*E-Mail Address*

of

DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 200
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge