DORSEY & WHITNEY LLP
Kent J. Schmidt (195969)
600 Anton Blvd., Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　　　　　　　　　Plaintiff(s)<br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:24-CV-04837-FLA-MAR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harlow, Dylan J.　　　　　　　　　　　　　　　of　　Dorsey & Whitney, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*　　　701 5th Ave., Suite 6100
(206) 903-2366　　　　206-903-8820　　　　　　　Seattle, WA 98104
*Telephone Number*　　　*Fax Number*
harlow.dylan@dorsey.com
*E-Mail Address*　　　　　　　　　　　　　　　　*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant TikTok, Inc.

*Name(s) of Party(ies) Represent*　　　☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Schmidt, Kent J.　　　　　　　　　　　　　　　of　　DORSEY & WHITNEY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*　　600 Anton Blvd., Suite 200
195969　　　　714.800.1400　　　714.464.4507　　Costa Mesa, CA 92626
*Designee's Cal. Bar No.*　*Telephone Number*　*Fax Number*
schmidt.kent@dorsey.com
*E-Mail Address*　　　　　　　　　　　　　　　　*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:　☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**