DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>TIKTOK, INC.,<br><br>*Defendant*. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**DEFENDANT TIKTOK, INC.'S NOTICE OF RELATED CASE**<br><br>**[L.R. 83-1.3]** |

Pursuant to Local Rule 83-1.3, Defendant TikTok, Inc. ("TikTok") hereby provides notice of the following case in the Central District of California that is related to the present case: *Case No. 2:24-CV-04802-AB-AJR Elizabeth Waterman v. TikTok Inc.*

Local Rule 83-1.3.1 provides as follows:

> It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District:
>
> (a) arise from the same or a closely related transaction, happening, or event;
> (b) call for determination of the same or substantially related or similar questions of law and fact; or
> (c) for other reasons would entail substantial duplication of labor if heard by different judges.

L.R. 83-1.3.1; *Karapetyan v. Allstate Northbrook Indem. Co.*, No. 2:24-cv-01019-JLS-AJR, 2024 U.S. Dist. LEXIS 79775, at *1-2 (C.D. Cal. May 1, 2024). "Local Rule 83-1.3.1 is intended to prevent the substantial duplication of labor by multiple judges." *O'Donnell v. Ford Motor Co.*, No. CV 20-1095-JFW(PVCx), 2021 U.S. Dist. LEXIS 91795, at *3 (C.D. Cal. May 12, 2021). It is not up for the parties to decide if cases are "related." *Id*. Instead, if there is a reasonable possibility that one or more of the elements of L.R. 83-1 is satisfied, the parties shall file a notice so that the Court can then make the decision. *See id*.

Here, although the same counsel for both Plaintiffs apparently does not believe these cases are related, *see* Dkt. 2, TikTok's counsel believes the Court could reasonably conclude otherwise for multiple reasons. Both cases involve the same single defendant, TikTok, represented by Dorsey & Whitney LLP. Both Plaintiffs are represented by the same counsel, Lauren M. Hausman of Copycat Legal PLLC. Additionally, the respective Plaintiffs, Michael Grecco and Elizabeth Waterman, are husband and wife. *See* Shana NYS Dambrot, *MEET PHOTOGRAPHER ELIZABETH WATERMAN*, LA Weekly (July 23, 2024), https://www.laweekly.com/meet-photographer-elizabeth-waterman/.

In terms of the substance of the two cases, there are substantially similar questions of law presented in both. The two cases have identical causes of action for alleged copyright infringement. The Plaintiffs in both cases accuse TikTok of copyright infringement by way of hosting user generated content that allegedly includes copyrighted works of the respective Plaintiffs. Further, both Plaintiffs claim

to have sent Digital Millennium Copyright Act takedown notices to TikTok. Discovery topics, particularly those related to alleged copyright infringement and DMCA takedown notices, will be duplicative across the actions. Finally, it is anticipated that the affirmative defense of "fair use" pursuant to 17 U.S.C. § 106 will figure prominently in both cases as identical types of infringement claims are present.

Thus, because the Court could reasonably conclude the cases are related, TikTok respectfully submits this notice as required under L.R. 83-1.3.1.

Dated: July 23, 2024

DORSEY & WHITNEY LLP

By: /s/ J. Michael Keyes
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dyaln@dorsey.com
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                      */s/ J. Michael Keyes*
                                                      J. Michael Keyes, SBN 262281