DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
 *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
 *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
 *harlow.dylan@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
 *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant.* | Case No. 2:24-CV-04837-FLA-MAR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint Served:  June 14, 2024 <br><br> Current Response Date:  August 5, 2024 <br><br> New Response Date:  August 19, 2024 |

Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendant TikTok, Inc. ("Defendant") stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint by fourteen (14) days pursuant to Local Rule 8-3.

WHEREAS, on June 7, 2024, Plaintiff filed a Complaint in this action against Defendant (ECF No. 1);

- 1 -

1    WHEREAS, according to the Proof of Service filed in this action (ECF

2    No. 11), Plaintiff served Defendant on June 14, 2024, making Defendant's answer or

3    response to the Complaint due on July 5, 2024;

4    WHEREAS, the parties previously agreed to extend the deadline for Defendant

5    to respond to the Complaint from July 5, 2024 to August 5, 2024 (ECF No. 14);

6    WHEREAS, the parties held a meet and confer pursuant to Local Rule 7-3 to

7    discuss issues underlying Defendant's motion to dismiss and have exchanged

8    information relating to those issues;

9    WHEREAS, having additional time to engage in further discussions will be

10   beneficial to the potential for resolving or narrowing issues in Defendants motion to

11   dismiss and/or to allow Plaintiff time to amend its Complaint to address those issues;

12   WHEREAS, Plaintiff and Defendant agree to a fourteen (14) day extension of

13   time to Defendant's deadline to answer or respond to the Complaint;

14   THEREFORE, Plaintiff and Defendant stipulate to a fourteen (14) day

15   extension of time, making Defendant's answer or response to the Complaint due on

16   August 19, 2024.

17   It is so stipulated.

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT                    Case No. 2:24-CV-04837-FLA-MAR

1  Dated:    August 1, 2024          DORSEY & WHITNEY LLP

2

3                                    By:  */s/ J. Michael Keyes*
                                     J. Michael Keyes (SBN 262281)
4                                      *keyes.mike@dorsey.com*
                                     Connor J. Hansen (*pro hac vice*)
5                                      *hansen.connor@dorsey.com*
                                     Dylan J. Harlow (*pro hac vice*)
6                                      *harlow.dyaln@dorsey.com*
                                     Columbia Center
7                                    701 Fifth Avenue, Suite 6100
                                     Seattle, WA
8                                    Telephone:  206.903.8800
                                     Facsimile:   206.903.8820

9                                    DORSEY & WHITNEY LLP
                                     Kent J. Schmidt (SBN 195969)
10                                     *schmidt.kent@dorsey.com*
                                     600 Anton Boulevard, Suite 200
11                                   Costa Mesa, CA 92626
                                     Telephone:  714.800.1400
12                                   Facsimile:   714.800.1499

13                                   *Attorneys for Defendant TikTok, Inc.*

14

15 Dated:    August 1, 2024          COPYCAT LEGAL PLLC

16

17                                   By:  */s/ Lauren M. Hausman*

18                                   Lauren M. Hausman (SBN 349514)
                                     113 N. San Vicente Blvd
19                                   Suite 232
                                     Beverly Hills, CA 90211
20                                   (877) 437-6228
                                     lauren@copycatlegal.com

21                                   *Attorney for Plaintiff Michael Grecco*
                                     *Productions, Inc.*
22

23

24          Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
25 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
   content and have authorized this filing.
26

27

28
                                          -3-

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 1, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.  Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.


           */s/ J. Michael Keyes*
           J. Michael Keyes, SBN 262281

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT     Case No. 2:24-CV-04837-FLA-MAR