UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO
PRODUCTIONS, INC.,

                Plaintiff,

      v.

TIKTOK, INC.,

                Defendant.

Case No. 2:24-CV-04837-FLA-MAR

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [DKT. # ___]**

On August 1, 2024, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The deadline for Defendant to answer or otherwise respond to the initial Complaint in this matter is extended from August 5, 2024 to August 19, 2024.

IT IS SO ORDERED.

Dated:

                                 _____
                                 FERNANDO L. AENLLE-ROCHA
                                 United States District Judge