**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Michael Grecco Productions, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:24-cv-04837 FLA(MARx) |
| TikTok Inc. | ORDER RE TRANSFER (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____   _____
Date                              United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Involve different plaintiffs, works, and evidence

August 7, 2024                   André Birotte Jr.
Date                                   United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:24-cv-04802 AB(AJRx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [x] Previous Judge    [ ] Statistics Clerk

CV-34 (06/23)                ORDER RE TRANSFER (Related Cases)

Received 8/12/2024