UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [DKT. 20]** |

　　　On August 13, 2024, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint.

　　　The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1.　The deadline for Defendant to answer or otherwise respond to the initial Complaint in this matter is extended from August 5, 2024 to August 19, 2024.

　　　IT IS SO ORDERED.

Dated: August 13, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge