**Exhibit "B"**

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
**United States of America**

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 590 – 445**



**EFFECTIVE DATE OF REGISTRATION**

Nov 18 2002

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**
Grecco Photography 10/19/02 to 11/13/02

**NATURE OF THIS WORK ▼** See instructions
Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**NAME OF AUTHOR ▼**
Michael Grecco Photography Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ USA

**Was This Author's Contribution to the Work**
Anonymous   ☒ Yes  ☐ No
Pseudonymous  ☐ Yes  ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NOTE** Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork    ☒ Photograph (S)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous   ☐ Yes  ☐ No
Pseudonymous  ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2002 ◀ Year  This information must be given in all cases

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

**APPLICATION RECEIVED**
NOV 18 2002
**ONE DEPOSIT RECEIVED**
NOV 18 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 2 pages

EXAMINED BY CK

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office
☐ Yes ☒ No  If your answer is Yes why is another registration being sought (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Area code and daytime telephone number ▶ (310) 452 4461          Fax number ▶ (310) 452 4462
Email ▶ michael@michaelgrecco com

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  **Michael Grecco Photography Inc**
Name of author the copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Michael Grecco President                                    Date ▶ 11/13/02

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address

Name ▼
Michael Grecco Photography Inc
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica CA 90405

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559 6000

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—100 000                    ⊕ PRINTED ON RECYCLED PAPER                   ☆US GOVERNMENT PRINTING OFFICE 1999 454 879/71
WEB REV June 1999