**Exhibit "E"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-693**

Effective Date of Registration:
August 20, 2017

## Title

**Title of Work:** Group Registration Photos, Grecco Photography Slides 2, published on or about January 7, 1998, 29 photos

**Content Title:** 19971209_Sliders_Cast_MGP_0001

19971209_Sliders_Cast_MGP_0003

19971209_Sliders_Cast_MGP_0004

19971209_Sliders_Cast_MGP_0005

19971209_Sliders_Cast_MGP_0006

19971209_Sliders_Cast_MGP_0007

19971209_Sliders_Cast_MGP_0008

19971209_Sliders_Cast_MGP_0009

19971209_Sliders_Cast_MGP_0010

19971209_Sliders_Cast_MGP_0012

19971209_Sliders_Cast_MGP_0013

19971209_Sliders_Cast_MGP_0014

19971209_Sliders_Cast_MGP_0015

19971209_Sliders_Cast_MGP_0016

19971209_Sliders_Cast_MGP_0017

19971209_Sliders_Cast_MGP_0018

19971209_Sliders_Cast_MGP_0019

19971209_Sliders_Cast_MGP_0020

19971209_Sliders_Cast_MGP_0021

19971209_Sliders_Cast_MGP_0023

19971209_Sliders_Cast_MGP_0024

19971209_Sliders_Cast_MGP_0025

19971209_Sliders_Cast_MGP_0026

19971209_Sliders_Cast_MGP_0027

19971209_Sliders_Cast_MGP_0028

19971209_Sliders_Cast_MGP_0029

19971209_Sliders_Cast_MGP_0030

19971209_Sliders_Cast_MGP_0031

19971209_Sliders_Cast_MGP_0032

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** January 07, 1998
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Grecco
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1958

## Copyright Claimant

**Copyright Claimant:** Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
**Transfer statement:** By written agreement



## Rights and Permissions

**Organization Name:** Michael Grecco Productions, Inc.
**Name:** Michael Grecco
**Email:** michael@michaelgrecco.com
**Telephone:** (310)452-4461
**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

**Name:** Michael Grecco
**Date:** August 20, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998