**Exhibit "K"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-030-741**

**Effective Date of Registration:**
January 22, 2017

## Title

| | |
|---|---|
| Title of Work: | Grecco Photography X-Files 5 |
| Previous or Alternate Title: | Group registration/published photos; 11 photos published approx. 10/25/1993 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1993 |
| Date of 1st Publication: | October 25, 1993 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Michael Grecco |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1958 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Michael Grecco Productions, Inc. 3103 17th Street, Santa Monica, CA, 90405, United States |
| Transfer statement: | by assignment |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Michael Grecco Productions, Inc. |
| Name: | Michael Grecco |
| Email: | michael@michaelgrecco.com |
| Telephone: | (310)452-4461 |
| Address: | 3103 17th Street Santa Monica, CA 90405 United States |

## Certification