**Exhibit "L"**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 1-232-596



4-8-03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Grecco Photography  X Files / USA S

NATURE OF THIS WORK ▼ See instructions

Photographs

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the
contribution appeared      Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1958

**NOTE**

Under the law
the "author" of
a work made
for hire is
generally the
employer not
the employee
(see instruc
tions) For any
part of this
work that was
made for hire
check Yes in
the space
provided give
the employer
(or other
person for
whom the work
was prepared)
as Author of
that part and
leave the
space for dates
of birth and
death blank

Was this contribution to the work a
work made for hire ?
☐ Yes
☒ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____ USA _____
      { Domiciled in ▶ _____

Was This Author s Contribution to the Work
Anonymous?    ☐ Yes  ☒ No    If the answer to either
Pseudonymous? ☐ Yes  ☒ No    of these questions is
                                          "Yes see detailed
                                          instructions

NATURE OF AUTHORSHIP Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork     ☒ Photograph(s)  ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a
'work made for hire ?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
      { Domiciled in ▶ _____

Was This Author s Contribution to the Work
Anonymous?    ☐ Yes  ☐ No    If the answer to either
Pseudonymous? ☐ Yes  ☐ No    of these questions is
                                          "Yes see detailed
                                          instructions

NATURE OF AUTHORSHIP Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was
Completed    1995          This information
                            must be given
                            ◀Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information  Month▶ May    Day▶ 8   Year▶ 1995
ONLY if this work
has been published.                                          ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the
author given in space 2 ▼

Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a
brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

See instructions
before completing
this space

SEP - 8 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP - 8 2003

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                 See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | SDW | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form.

b  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes   give  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions before completing this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

b

Area code and daytime telephone number ▶  ( 310   452 4461          Fax number  ▶  ( 310)  452 4462

Email ▶      michael@michaelgrecco com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of    Michael Grecco Photography, Inc
}
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael Grecco, President                                      Date▶    8/20/03

Handwritten signature (X) ▼

X _____                        8/20/03

**Certificate will be mailed in window envelope to this address**

Name ▼
Michael Grecco Photography  Inc

Number/Street/Apt ▼
1701 Pier Avenue

City/State/ZIP ▼
Santa Monica  CA 90405

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1 1999 the filing fee for Form VA is $30

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—100 000
WEB REV  June 1999                    ♻ PRINTED ON RECYCLED PAPER                    ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/71