UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>TIKTOK INC.,<br><br>         Defendant. | Case No. 2:24-CV-04837-FLA (MARx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT [DKT. # ]** |

On August 29, 2024, Defendant filed a Motion to Dismiss Amended Complaint.

The court, having considered Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

Plaintiff's Amended Complaint in this matter is dismissed.

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge