DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>TIKTOK, INC.,<br><br>*Defendant*. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**DEFENDANT'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Defendant TikTok, Inc. ("TikTok) submits this Certification and Notice of Interested Parties and Corporate Disclosure Statement.  The undersigned counsel of record certifies that Defendant TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd.  TikTok Ltd. is a wholly owned subsidiary of Bytedance Ltd.  Bytedance Ltd. is a privately held corporation.

1  No public entity owns 10 percent or more of the stock of TikTok Inc. or Bytedance
2  Ltd.
3       In addition, the undersigned counsel of record for Defendant certifies that no
4  third party has a pecuniary interest in the outcome of this case.  These representations
5  are made to enable the Court to evaluate possible disqualification or recusal.

Dated:   August 29, 2024                DORSEY & WHITNEY LLP

By: /s/ J. Michael Keyes
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 29, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

<u>/s/ J. Michael Keyes</u>
J. Michael Keyes, SBN 262281