1  Lauren M. Hausman (CA Bar No. 349514)
   **COPYCAT LEGAL PLLC**
2  113 N San Vicente Blvd
   Suite 232
3  Beverly Hills, CA 90211
   T: (877) 437-6228
4  E: lauren@copycatlegal.com

5  Attorney for Plaintiff
6  Michael Grecco Productions, Inc.

7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10 MICHAEL GRECCO
   PRODUCTIONS, INC.,
11
                                          Civil Action No. 2:24-cv-04837-FLA-
12            Plaintiff,                  MAR

13      v.
                                          **STIPULATION TO EXTEND
14 TIKTOK, INC.,                          BRIEFING SCHEDULE AND
                                          CONTINUE HEARING DATE FOR
15                                        DEFENDANT'S MOTION TO
              Defendant.                  DISMISS [DKT 24]**
16
17                                        Current Hearing Date: October 4, 2024
18                                        New Hearing Date: October 18, 2024

19

20     Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendant
21 TikTok Inc. ("Defendant") stipulate and respectfully request that the Court extend
22 the time for Plaintiff to file a Response to Defendant's Motion to Dismiss by seven
23 (7) days, Defendant's Reply to Plaintiff's Response by seven (7) days, and
24 continue the hearing on Defendant's Motion to Dismiss by fourteen (14) days, and
25 state as follows:

1. On June 7, 2024, Plaintiff filed its Complaint in this action. <u>See</u> D.E. 1.

2. On August 15, 2024, Plaintiff filed its First Amended Complaint. <u>See</u> D.E. 23.

3. On August 29, 2024, Defendant filed its Motion to Dismiss, noting the hearing for October 4, 2024, at 1:30 pm. Making Plaintiff's Response to the Motion to Dismiss due September 13, 2024 and Defendant's Reply in Support of the Motion to Dismiss due September 20, 2024. <u>See</u> D.E. 24.

4. On September 12, 2024, Plaintiff requested that Defendant stipulate to a seven (7) day extension of time for Plaintiff to respond to the Motion to Dismiss and Defendant agreed if Plaintiff grant it an additional seven (7) days for its Reply brief.

5. Whereas, Plaintiff and Defendant stipulate to a seven (7) day extension of time for Plaintiff to respond and a seven (7) day extension of time to the period for Defendant to file its Reply, making Plaintiff's Response to the Motion to Dismiss due on September 20, 2024 and Defendants' Reply due on October 4, 2024.

6. Additionally, to accommodate the stipulated briefing schedule, Plaintiff and Defendant stipulate and request that the Court continue the hearing date for Defendant's Motion to Dismiss to October 18, 2024 (or as soon thereafter as the Court's schedule allows).

7. This stipulation and requested extension of time is being made in good faith.

**WHEREFORE**, Plaintiff and Defendant agree to, and respectfully requests that the Court grant this stipulation and continue the hearing on Defendant's Motion to Dismiss.

## **LOCAL RULE 7.3 CERTIFICATE**

Before filing this Request, undersigned counsel conferred with counsel for Defendant (Connor J. Hansen, Esq.) who indicated that he agrees to the requested relief, therefore, Defendant does not oppose this request.

COPYCAT LEGAL PLLC
113 North San Vicente Boulevard
Suite 232
Beverly Hills, CA 90211
Telephone: (877) 437-6228
lauren@copycatlegal.com

*Attorney for Plaintiff*

By: /s/ Lauren M. Hausman_____
    Lauren M. Hausman, Esq.


DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
harlow.dyaln@dorsey.com
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200

Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant*

By: /s/ *Connor J. Hansen*
Connor J. Hansen (*pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.