Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Michael Grecco Productions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-04837-FLA-MAR<br><br>**NOTICE OF MOTION AND MOTION TO STAY RULING PENDING OUTCOME OF ELIZABETH WATERMAN MOTION TO DISMISS**<br><br>**(UNOPPOSED)**<br><br>DATE: Friday, October 11, 2024<br>TIME: 1:30 p.m.<br>JUDGE: Fernando L. Aenlle-Rocha |

PLEASE TAKE NOTICE that, Plaintiff Michael Grecco Productions, Inc. ("Grecco") respectfully moves the Court for an order staying this case pending the Court's disposition of the August 19, 2024, motion to dismiss in Elizabeth

<u>Waterman v. TikTok Inc.</u>, Case No. 2:24-cv-04802-AB-AJR (C.D. Cal.) (the "<u>Waterman Lawsuit</u>"), and, in support thereof, states as follows:

1. This lawsuit and the Waterman Lawsuit are substantially similar in that both were filed on the same day, both assert claims of copyright infringement against TikTok with respect to the same alleged conduct, the same counsel has appeared in both actions, and a substantially similar motion to dismiss was filed in both actions.

2. The motion to dismiss in the Waterman Lawsuit was filed on August 19, 2024, whereas the motion to dismiss in this action was filed on August 29, 2024.

3. For the sake of judicial efficiency and to avoid the potential for inconsistent results within the same District, it makes an abundance of sense for the Court to stay this case until a ruling on the Motion to Dismiss in the Waterman Lawsuit is issued.

4. The undersigned spoke with opposing counsel and they do not oppose that the disposition of the motion to dismiss in the Waterman Lawsuit should apply equally to this case.

5. The requested stay is being made in good faith.

**WHEREFORE**, the Plaintiff respectfully requests that the Court enter an Order granting this unopposed motion to stay this case pending disposition of the motion to dismiss in the Waterman Lawsuit.

## LOCAL RULE 7.3 CERTIFICATE

Before filing this Request, undersigned counsel conferred with counsel for Defendant (Connor J. Hansen, Esq.) who indicated that he does not oppose the requested relief, therefore, Defendant does not oppose this request.

Dated: October 4, 2024.

COPYCAT LEGAL PLLC

By: /s/ Lauren M. Hausman
Lauren M. Hausman, Esq.
Attorney for Plaintiff
Michael Grecco Productions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.