IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK, INC., <br><br> Defendant. | Case No. 2:24-cv-04837-FLA-MAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY** |

**THIS CAUSE** came before the Court upon the Unopposed Motion to Stay Ruling Pending Outcome of the Motion to Dismiss in <u>Elizabeth Waterman v. TikTok Inc.</u>, Case No. 2:24-cv-04802-AB-AJR (C.D. Cal.). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Request is **GRANTED.**

2. This case is stayed until further direction from the Court.

**SO ORDERED.**

Dated: _____
FERNANDO L. AENLLE-ROCHA
United States District Judge