DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC., *Plaintiff*, v. TIKTOK INC., *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Amended Complaint filed: August 15, 2024 |

In support of Defendant TikTok, Inc.'s ("Defendant" or "TTI") Motion to Dismiss (Dkt. 24) which the Court has taken under Submission (Dkt. 39), Defendant submits as Exhibit A hereto a copy of the Central District of California's October 30, 2024 order in *Elizabeth Waterman v. TikTok, Inc.,* No. 2:24-cv-04802-AB-AJR, Dkt. 36 (C.D. Cal. Oct. 30, 2024). In *Waterman* the Honorable Andre Birotte Jr. granted Defendant's Motion to Dismiss for the reasons stated in the order.

Dated:   November 5, 2024

DORSEY & WHITNEY LLP

By: */s/ J. Michael Keyes*
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:  714.800.1499

*Attorneys for Defendant TikTok, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

          */s/ J. Michael Keyes*
          J. Michael Keyes, SBN 262281