**Exhibit "B"**

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



**FORM VA**
**For a Work of the Visual Arts**
UNITED STATES COP D C T OFF OF

**VAu 590 – 445**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| Nov | 18 | 2002 |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**

Grecco Photography 10/19/02 to 11/13/02

**NATURE OF THIS WORK ▼** See instructions

Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a work made for hire
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ } USA

**Was This Author's Contribution to the Work**
Anonymous ☒ Yes ☐ No
Pseudonymous ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☒ Photograph(s)    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Do miciled in ▶ }

**Was This Author's Contribution to the Work**
Anonymous ☐ Yes ☐ No
Pseudonymous ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2002
**This information must be given** ◀Year in all cases

**Date and Nation of First Publication of This Particular Work**
**Complete this information ONLY if this work has been published**
Month ▶ _____ Day ▶ _____ Year ▶ _____
_____ ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

See instructions before completing this space

**APPLICATION RECEIVED**
NOV 18 2002
**ONE DEPOSIT RECEIVED**
NOV 18 2002
**TWO DEPOSITS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  lre dy been made in the Copyright Office

☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought  (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright cl im nt

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  gi e  **Previous Registration Number** ▼              **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a deri itive work  complete only 6b for i compil ition
a **Preexisting Material** Identify any pree isting work or works th it this work is based on or incorpor ites ▼

See instructions
before completing
this space

b **Material Added to This Work** Give a brief  general statement of the material that h is been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be ch irged to a Deposit Account established in the Copyright Office  gi e name  ind number of Account
**Name** ▼                                          **Account Number** ▼

**CORRESPONDENCE** Gi e n ime  ind address to which co respondence about this ippl cation should be sent   Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

A ea code and dayt me telephone number ▶ (310) 452 4461              Fax number ▶ (310) 452 4462

Em il ▶  michael@michaelgrecco com

**CERTIFICATION*** I the undersigne i herel y certify th it I am the

check only one ▶

☐ author
☐ other copyright claim int
☐ owner of exclusi e right(s)
☐ authorized igent of  Michael Grecco Photography  Inc
                     Name of auth    th  copy ght cla ma t   w e  fe  l    ght(s) ▲

of the work identified in this ipplication  ind that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign  and submit it before that date

Michael Grecco  President                                      Date ▶  11/13/02

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Michael Grecco Photography  Inc

Number/Street/Apt ▼
1701 Pier Avenue

C ty/State/ZIP ▼
Santa Monica  CA 90405

**YOU MUST:**
Complete all necessary spaces
S gn you  appl cat on in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1  Appl cation form
2  No  efundable f l  g fee  n check or money
   orde  payable to Registe  of Copyr ghts
3  Depos t mater al
**MAIL TO:**
Lib a y of Co g ess
Copy ght Off ce
1011 dependence A e ue S E
Wash ngton D C  20559 6000

A  fJ  ly 1 1999
th  fill g fe  fo
F  m vA l  $30

17 U S C § 506(e)  Any person who know ngly makes a false  ep esentat on of a mater al fact  n the appl cat on for copyr ght reg st at on prov ded for by sect on  409  or n any wr tten statement f led n connect on
w th the appl cat on  shall be f  ed  ot mo e than $2 500

June 1999—100 000
WEB REV June 1999

🟢 PRINTED ON RECYCLED PAPER

☆U S  GOVERNMENT PRINTING OFFICE 1999 454 879/71