**Exhibit "C"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-915**

Effective Date of Registration:
August 29, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos |
| **Content Title:** | 19970506_Sorbo_Kevin_Hercules_MGP_0004 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0005 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0006 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0007 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0008 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0009 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0010 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0011 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0012 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0013 |
| | 19970506_Xena_Lawless_Lucy_MGP_0022 |
| | 19970506_Xena_Lawless_Lucy_MGP_0023 |
| | 19970506_Xena_Lawless_Lucy_MGP_0024 |
| | 19970506_Xena_Lawless_Lucy_MGP_0025 |
| | 19970506_Xena_Lawless_Lucy_MGP_0026 |
| | 19970506_Xena_Lawless_Lucy_MGP_0027 |
| | 19970506_Xena_Lawless_Lucy_MGP_0028 |
| | 19970506_Xena_Lawless_Lucy_MGP_0029 |
| | 19970506_Xena_Lawless_Lucy_MGP_0030 |
| | 19970506_Xena_Lawless_Lucy_MGP_0031 |
| | 19970506_Xena_Lawless_Lucy_MGP_0032 |

19970506_Xena_Lawless_Lucy_MGP_0033

19970506_Xena_Lawless_Lucy_MGP_0034

19970506_Xena_Lawless_Lucy_MGP_0035

19970506_Xena_Lawless_Lucy_MGP_0036

19970506_Xena_Lawless_Lucy_MGP_0037

19970506_Xena_Lawless_Lucy_MGP_0038

19970506_Xena_Lawless_Lucy_MGP_0039

19970506_Xena_Lawless_Lucy_MGP_0040

19970506_Xena_Lawless_Lucy_MGP_0041

19970506_Xena_Lawless_Lucy_MGP_0042

19970506_Xena_Lawless_Lucy_MGP_0043

## Completion/Publication

Year of Completion: 1997
Date of 1st Publication: June 07, 1997
Nation of 1st Publication: United States

## Author

- Author: Michael Grecco
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1958

## Copyright Claimant

Copyright Claimant: Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
Transfer statement: By Written Agreement

## Rights and Permissions

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Address: 3103 17th Street
Santa Monica, CA 90405 United States

Page 2 of 3

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998

VA- 2064-915

Registration Number
\*-APPLICATION-\*

#0229

**Title** _____

**Title of Work:**  Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos

**Content Title:**  19970506_Sorbo_Kevin_Hercules_MGP_0004

19970506_Sorbo_Kevin_Hercules_MGP_0005

19970506_Sorbo_Kevin_Hercules_MGP_0006

19970506_Sorbo_Kevin_Hercules_MGP_0007

19970506_Sorbo_Kevin_Hercules_MGP_0008

19970506_Sorbo_Kevin_Hercules_MGP_0009

19970506_Sorbo_Kevin_Hercules_MGP_0010

19970506_Sorbo_Kevin_Hercules_MGP_0011

19970506_Sorbo_Kevin_Hercules_MGP_0012

19970506_Sorbo_Kevin_Hercules_MGP_0013

19970506_Xena_Lawless_Lucy_MGP_0022

19970506_Xena_Lawless_Lucy_MGP_0023

19970506_Xena_Lawless_Lucy_MGP_0024

19970506_Xena_Lawless_Lucy_MGP_0025

19970506_Xena_Lawless_Lucy_MGP_0026

19970506_Xena_Lawless_Lucy_MGP_0027

19970506_Xena_Lawless_Lucy_MGP_0028

19970506_Xena_Lawless_Lucy_MGP_0029

19970506_Xena_Lawless_Lucy_MGP_0030

19970506_Xena_Lawless_Lucy_MGP_0031

19970506_Xena_Lawless_Lucy_MGP_0032

19970506_Xena_Lawless_Lucy_MGP_0033


Neo

Registration #: *-APPLICATION-*
Service Request #: 1-5769612329

## Mail Certificate

Michael Grecco Productions, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

Priority: Routine         Application Date: August 29, 2017

## Correspondent

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Fax: (310)452-4462
Address: 3103 17th Street
Santa Monica, CA 90405 United States

19970506_Xena_Lawless_Lucy_MGP_0034

19970506_Xena_Lawless_Lucy_MGP_0035

19970506_Xena_Lawless_Lucy_MGP_0036

19970506_Xena_Lawless_Lucy_MGP_0037

19970506_Xena_Lawless_Lucy_MGP_0038

19970506_Xena_Lawless_Lucy_MGP_0039

19970506_Xena_Lawless_Lucy_MGP_0040

19970506_Xena_Lawless_Lucy_MGP_0041

19970506_Xena_Lawless_Lucy_MGP_0042

19970506_Xena_Lawless_Lucy_MGP_0043

## Completion/Publication

Year of Completion: 1997
Date of 1st Publication: June 07, 1997
Nation of 1st Publication: United States

## Author

Author: Michael Grecco
Author Created: photograph
Work made for hire: No
Citizen of: United States
Domiciled in: United States
Year Born: 1958

## Copyright Claimant

Copyright Claimant: Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
Transfer statement: Assignment of Rights

## Rights and Permissions

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Address: 3103 17th Street
Santa Monica, CA 90405 United States

Certification _____

      **Name:** Michael Grecco
      **Date:** August 29, 2017