**Exhibit "E"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-693**

Effective Date of Registration:
August 20, 2017

## Title

**Title of Work:** Group Registration Photos, Grecco Photography Slides 2, published on or about January 7, 1998, 29 photos

**Content Title:**
19971209_Sliders_Cast_MGP_0001
19971209_Sliders_Cast_MGP_0003
19971209_Sliders_Cast_MGP_0004
19971209_Sliders_Cast_MGP_0005
19971209_Sliders_Cast_MGP_0006
19971209_Sliders_Cast_MGP_0007
19971209_Sliders_Cast_MGP_0008
19971209_Sliders_Cast_MGP_0009
19971209_Sliders_Cast_MGP_0010
19971209_Sliders_Cast_MGP_0012
19971209_Sliders_Cast_MGP_0013
19971209_Sliders_Cast_MGP_0014
19971209_Sliders_Cast_MGP_0015
19971209_Sliders_Cast_MGP_0016
19971209_Sliders_Cast_MGP_0017
19971209_Sliders_Cast_MGP_0018
19971209_Sliders_Cast_MGP_0019
19971209_Sliders_Cast_MGP_0020
19971209_Sliders_Cast_MGP_0021
19971209_Sliders_Cast_MGP_0023
19971209_Sliders_Cast_MGP_0024

19971209_Sliders_Cast_MGP_0025

19971209_Sliders_Cast_MGP_0026

19971209_Sliders_Cast_MGP_0027

19971209_Sliders_Cast_MGP_0028

19971209_Sliders_Cast_MGP_0029

19971209_Sliders_Cast_MGP_0030

19971209_Sliders_Cast_MGP_0031

19971209_Sliders_Cast_MGP_0032

## Completion/Publication

- **Year of Completion:** 1997
- **Date of 1st Publication:** January 07, 1998
- **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Grecco
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1958

## Copyright Claimant

- **Copyright Claimant:** Michael Grecco Productions, Inc.
  3103 17th Street, Santa Monica, CA, 90405, United States
- **Transfer statement:** By written agreement



## Rights and Permissions

- **Organization Name:** Michael Grecco Productions, Inc.
- **Name:** Michael Grecco
- **Email:** michael@michaelgrecco.com
- **Telephone:** (310)452-4461
- **Address:** 3103 17th Street
  Santa Monica, CA 90405 United States

## Certification

- **Name:** Michael Grecco
- **Date:** August 20, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998