**Exhibit "F"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-063-319**

**Effective Date of Registration:**
July 27, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Grecco Photography X-Files 6, published on or about Oct. 25, 1993, 25 Photos |
| **Content Title:** | _19930625_X-Files_The_MGP_0022 |
| | _19930625_X-Files_The_MGP_0023 |
| | _19930625_X-Files_The_MGP_0024 |
| | _19930625_X-Files_The_MGP_0025 |
| | _19930625_X-Files_The_MGP_0026 |
| | _19930625_X-Files_The_MGP_0027 |
| | _19930625_X-Files_The_MGP_0028 |
| | _19930625_X-Files_The_MGP_0029 |
| | _19930625_X-Files_The_MGP_0030 |
| | _19930625_X-Files_The_MGP_0031 |
| | _19930625_X-Files_The_MGP_0032 |
| | _19930625_X-Files_The_MGP_0033 |
| | _19930625_X-Files_The_MGP_0034 |
| | _19930625_X-Files_The_MGP_0036 |
| | _19930625_X-Files_The_MGP_0037 |
| | _19930625_X-Files_The_MGP_0038 |
| | _19930625_X-Files_The_MGP_0039 |
| | _19930625_X-Files_The_MGP_0040 |
| | _19930625_X-Files_The_MGP_0041 |
| | _19930625_X-Files_The_MGP_0042 |
| | 19930625_Anderson_Gillian_MGP_0003 |

19930625_Anderson_Gillian_MGP_0004

19930625_Anderson_Gillian_MGP_0006

19930625_Anderson_Gillian_MGP_0007

19930625_Anderson_Gillian_MGP_0012

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1993 |
| Date of 1st Publication: | October 25, 1993 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Michael Grecco |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1958 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Michael Grecco Productions, Inc.<br>3103 17th Street, Santa Monica, CA, 90405, United States |
| Transfer statement: | By assignment |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Michael Grecco Productions, Inc. |
| Name: | Michael Grecco |
| Email: | michael@michaelgrecco.com |
| Telephone: | (310)452-4461 |
| Address: | 3103 17th Street<br>Santa Monica, CA 90405 United States |

## Certification

| | |
|---|---|
| Name: | Michael Grecco |
| Date: | August 17, 2017 |

Correspondence: Yes