**Exhibit "G"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-736-729**

Effective date of registration:

July 7, 2010

---

## Title

**Title of Work:** Getty Published Images 2008

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 2, 2008   **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Grecco Photography, Inc.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Organization Name:** Michael Grecco Photography, iNc.
**Email:** michael@michaelgrecco.com   **Telephone:** 310-452-4461
**Address:** 1701 Pier Avenue
Santa Monica, CA 9  United States

## Certification

**Name:** Michael Grecco
**Date:** July 5, 2010

Page 1 of 1

Registration #: VA0001736729

Service Request #: 1-440197721



Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405 United States