DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** <br><br> Complaint Served: April 1, 2025 <br> Current Response Date: April 15, 2025 <br> New Response Date: April 29, 2025 |

Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendant TikTok, Inc. ("Defendant") stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint by fourteen (14) days pursuant to Local Rule 8-3.

WHEREAS, on June 7, 2024, Plaintiff filed its initial Complaint in this action (ECF No. 1) and on July 2, 2024, the Parties stipulated to an extension of time for Defendant to respond to the Complaint while the parties discussed deficiencies in the

- 1 -

1  Complaint (ECF No. 14; ECF No. 20);

2    WHEREAS, on August 15, 2024, Plaintiff filed its First Amended Complaint
3  in this action (ECF No. 23) and Defendant moved to dismiss the First Amended
4  Complaint on August 29, 2024 (ECF No. 24);

5    WHEREAS, the Court granted Defendant's Motion to Dismiss on March 12,
6  2025 (ECF No. 45);

7    WHEREAS, on April 1, 2025, Plaintiff filed its Second Amended Complaint
8  in this action against Defendant (ECF No. 46) making Defendant's response to the
9  Second Amended Complaint due on April 15, 2025;

10   WHEREAS, Defendant has requested additional time to evaluate the
11 allegations in the Second Amended Complaint;

12   WHEREAS, Plaintiff and Defendant agree to a fourteen (14) day extension of
13 time to Defendant's deadline to answer or respond to the Second Amended
14 Complaint;

15   THEREFORE, Plaintiff and Defendant stipulate to a fourteen (14) day
16 extension of time, making Defendant's answer or response to Plaintiff's Second
17 Amended Complaint due on April 29, 2025.

18   It is so stipulated.
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28

| | | |
|---|---|---|
| 1 | Dated:   April 8, 2025 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | |   keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | |   hansen.connor@dorsey.com |
| | | Dylan J. Harlow (*pro hac vice*) |
| 6 | |   harlow.dyaln@dorsey.com |
| | | Columbia Center |
| 7 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 8 | | Telephone:  206.903.8800 |
| | | Facsimile:   206.903.8820 |
| 9 | | |
| | | DORSEY & WHITNEY LLP |
| 10 | | Kent J. Schmidt (SBN 195969) |
| | |   schmidt.kent@dorsey.com |
| 11 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 12 | | Telephone:  714.800.1400 |
| | | Facsimile:   714.800.1499 |
| 13 | | |
| | | *Attorneys for Defendant TikTok, Inc.* |
| 14 | | |
| 15 | Dated:   April 8, 2025 | COPYCAT LEGAL PLLC |
| 16 | | |
| | | By: /s/ Lauren M. Hausman |
| 17 | | Lauren M. Hausman (SBN 349514) |
| | | Jonathan Alejandrino (*Pro Hac Vice*) |
| 18 | | 113 N. San Vicente Blvd |
| | | Suite 232 |
| 19 | | Beverly Hills, CA 90211 |
| | | (877) 437-6228 |
| 20 | | lauren@copycatlegal.com |
| 21 | | *Attorney for Plaintiff Michael Grecco Productions, Inc.* |

   Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

*/s/ J. Michael Keyes*
J. Michael Keyes, SBN 262281
