UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT [DKT. #]** |

　　　On April 8, 2025, the parties filed a Stipulation to Extend Time to Respond to Second Amended Complaint.

　　　The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1.　The deadline for Defendant to answer or otherwise respond to the Second Amended Complaint in this matter is extended from April 15, 2025 to April 29, 2025.

　　　IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge