UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK, INC., <br><br> Defendant. | Case No. 2:24-cv-04837-FLA (MARx) <br><br> **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT [DKT. 47]** |

1

1    On April 8, 2025, the parties filed the Stipulation to Extend Time to Respond to Second Amended Complaint (the "Stipulation"). Dkt. 47. Having reviewed the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and EXTENDS the deadline for Defendant to file a response to the Second Amended Complaint to on or before April 29, 2025.

IT IS SO ORDERED.

Dated: April 9, 2025

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge