IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK, INC., <br><br> Defendant. | Case No. 2:24-cv-04837-FLA-MAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES** |

**THIS CAUSE** came before the Court upon the Motion to Extend Deadlines by sixty (60) days. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Request is **GRANTED.**

2. All trial deadlines are extended by sixty (60) days.

**SO ORDERED.**

Dated: _____
MARGO A. ROCCONI
United States Magistrate Judge