Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Michael Grecco Productions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIKTOK, INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04837-FLA-MAR <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THE MOTION FOR EXTENSION OF DEADLINES HEARING** <br><br> DATE: Wednesday, May 14, 2025 <br> TIME: 11:00 a.m. <br> JUDGE: Honorable Margo A. Rocconi |

PLEASE TAKE NOTICE that, plaintiff Michael Grecco Productions, Inc.

1

("Plaintiff") hereby moves this Court for permission to appear telephonically or via Zoom at the Motion for Extension of Deadlines Hearing (the "Motion Hearing") on May 14, 2025 at 11:00 a.m. and states as follows:

1. On June 7, 2024, Plaintiff filed its Complaint in this action. See D.E.

2. On August 15, 2024, Plaintiff filed its First Amended Complaint. See D.E. 23.

3. On August 29, 2024, Defendant filed its Motion to Dismiss. See D.E. 24.

4. On October 23, 2024, the Court entered a Scheduling and Trial Order. See D.E. 42.

5. On March 12, 2024, the Court granted Defendant's Motion to Dismiss without prejudice and with leave for Plaintiff to file a Second Amended Complaint. See D.E. 45.

6. On April 1, 2025, Plaintiff filed its Second Amended Complaint. See D.E. 46.

7. On April 29, 2025, Defendant filed its Answer and its Affirmative Defenses to the Second Amended Complaint. See D.E. 46

8. Because undersigned counsel resides in Southern Florida, request is hereby respectfully made that the Motion Hearing proceed telephonically or via Zoom to accommodate undersigned counsel's current calendar and preexisting

professional obligations/hearings.

9. As such, undersigned counsel respectfully asks that the hearing proceed via telephone or Zoom to minimize additional expense and accommodate counsel's schedule.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing Plaintiff's counsel to attend the May 14, 2025, Motion Hearing via Zoom, telephonically, or some other remote means.

## **LOCAL RULE 7.3 CERTIFICATE**

Before filing this Request, undersigned counsel conferred with counsel for Defendant (Connor J. Hansen, Esq.) who indicated that he does not oppose the requested relief.

Dated: May 6, 2025.                    By: /s/ Lauren M. Hausman
                                       Lauren M. Hausman, Esq.
                                       Jonathan Alejandrino, Esq. (*pro hac vice*)
                                       Attorney for Plaintiff
                                       Michael Grecco Productions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.