IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> TIKTOK, INC., <br><br>     Defendant. | Civil Action No. 2:24-cv-04837-FLA-MAR <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THE MOTION FOR EXTENSION OF DEADLINES HEARING** |

THIS CAUSE is before the Court upon plaintiff Michael Grecco Productions, Inc. ("Plaintiff")'s Motion to appear telephonically or via zoom at the Hearing on the Motion for Extension of Deadlines (the "Motion Hearing") [D.E. ___]. Having considered the Motion and the record in this matter, it is ORDERED

AND ADJUDGED as follows:

     1.     The Motion is GRANTED. Plaintiff's counsel is permitted to attend the Motion Hearing on May 14, 2025, at 11:00 a.m. via Zoom, telephonically, or some other remote means.

     DONE AND ORDERED in Chambers in Los Angeles, California this ___ day of _____, 2025.

_____
Margo A. Rocconi
United States Magistrate Judge