# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc. | CASE NUMBER: |
| PLAINTIFF(S) v. | 2:24-cv-04837-FLA-MAR |
| TikTok Inc. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S) . | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 5/5/2025 | / | 50 | / | MOTION to Extend Discovery Cut-Off Date |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 5/6/2025 | / | 51 | / | MOTION to to Appear Remotely |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other:  Motion to Extend Discovery Cut-Off Date is set for incorrect Judge. Counsel is to refer to the court's Initial Standing Order, Dkt. 10 and 45 set by Honorable Judge Aenlle-Rocha.

Dated: 5/7/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)