1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   MICHAEL GRECCO                          Case No. 2:24-cv-04837-FLA-MAR
     PRODUCTIONS, INC.,
12                                           **[PROPOSED] ORDER GRANTING
13                          Plaintiff,       PLAINTIFF'S MOTION TO
                                             EXTEND DEADLINES [DKT. #56]**
14         v.
15
16   TIKTOK, INC.,
17                          Defendant.
18

19        On May 7, 2025, Plaintiff filed a Motion to Extend Deadlines by sixty (60)
20   days.
21        The court, having considered Plaintiff's Motion and finding good cause
22   therefor, hereby GRANTS the Motion to Extend Deadlines and ORDERS as follows:
23
24        1.   All trial deadlines are extended by sixty (60) days.
25
26
27
28        IT IS SO ORDERED.

                                          1

1

2    Dated:

                                  _____

3                                      FERNANDO L. AENLLE-ROCHA

                                  United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28