UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES [DKT. 56]** |

　　The court, having considered the Plaintiff's Motion for Extension of Deadlines and Defendant's Opposition and supporting Declaration of J. Michael Keyes, and finding no good cause therefore, Plaintiff's motion is denied. :

　　IT IS SO ORDERED.


Dated　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge