UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC.,<br><br>Defendant. | Case No. 2:24-cv-04837-FLA-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES [DKT. #61]** |

On May 9, 2025, Plaintiff filed a Motion to Extend Deadlines by sixty (60) days.

The court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion to Extend Deadlines and ORDERS as follows:

1. All trial deadlines are extended by sixty (60) days.

IT IS SO ORDERED.

1

1
2  Dated:                                    _____
3                                            FERNANDO L. AENLLE-ROCHA
                                             United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28