UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>TIKTOK, INC.,<br><br>         Defendant. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINES [DKT. 61]** |

The court, having considered the Plaintiff's Motion for Extension of Deadlines and Defendant's Opposition and supporting Declaration of J. Michael Keyes, and finding no good cause therefore, Plaintiff's motion is denied. :

IT IS SO ORDERED.


Dated                                          _____
                                               FERNANDO L. AENLLE-ROCHA
                                               United States District Judge