UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-04837-FLA (MARx)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL AND TRIAL DEADLINES [DKT. 61]** |

　　　　On May 9, 2025, Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") filed a Motion for Extension of Deadlines (the "Motion"), seeking a continuance of all pretrial and trial deadlines by sixty (60) days. Dkt. 61. Defendant TikTok, Inc. ("Defendant") opposes the Motion. Dkt. 63.

　　　　To show good cause for an extension, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown). The court, having considered the Plaintiff's

Motion,[1] and finding good cause therefor, hereby GRANTS the Motion, as modified, and ORDERS that the pretrial and trial dates are continued as follows.

| | |
|---|---|
| July 25, 2025 | Fact Discovery Cut Off |
| August 1, 2025 | Expert Disclosure (Initial) |
| August 15, 2025 | Expert Disclosure (Rebuttal) |
| August 29, 2025 | Expert Discovery Cut Off |
| September 26, 2025 | Last Date to Hear Other Motions |
| November 14, 2025 | Deadline to Complete Court Mediation Panel |
| November 21, 2025 | Trial Filings – First Round |
| December 5, 2025 | Trial Filings – Second Round |
| December 19, 2025 | Final Pretrial Conference, at 1:30 p.m. |
| January 6, 2026 | Trial, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: May 28, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Per the court's Initial Standing Order, Dkt. 10 at 16–17, Plaintiff's counsel is reminded that requests for a continuance should include a detailed declaration of the grounds for the requested continuance and counsel shall avoid submitting these requests less than five (5) business days prior to the expiration of the scheduled date.

2