Name, Address and Telephone Number of Attorney(s):

Diana Maier
Maier Law Group LLP
1000 4th Street, Ste 875, San Rafael, CA 94901
diana@maierlawgroup.com
415-515-1707

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grecco Productions, Inc.<br><br>Plaintiff(s)<br>v.<br>TikTok Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-04837-FLA-MAR<br><br><br>**MEDIATION REPORT** |

_**Instructions**: **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.  ☑ A mediation was held on (date): May 28, 2025 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☑ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: 06/02/2025

_Diana Maier_
Signature of Mediator

Diana Maier
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*