Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Jonathan Alejandrino, *pro hac vice*
**COPYCAT LEGAL PLLC**
3111 North University Drive
Suite 301
Coral Springs, FL 33065
T: (877) 437-6228
E: jonathan@copycatlegal.com

Attorneys for Plaintiff
Michael Grecco Productions, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. | |
| Plaintiff, | Civil Action No. 2:24-cv-04837-FLA-MAR |
| v. | **DECLARATION OF JONATHAN ALEJANDRINO** |
| TIKTOK, INC. | |
| Defendant. | |

Jonathan Alejandrino does hereby declare pursuant to 28 U.S.C. § 1746:

1.    I am over the age of 18 and otherwise competent to testify.

2.    I submit this declaration in support of plaintiff Michael Grecco Productions, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment against defendant TikTok, Inc. ("Defendant"). I am counsel of record for Plaintiff.  This declaration and the facts stated herein are based upon my personal knowledge.

3.    A true and correct copy of the July 10, 2025, Deposition Transcript of Jemi B (the 30(b)(6) representative for Defendant) (the "Boutros Tr.") is attached hereto as **Exhibit "A."**

4.    A true and correct copy of the July 18, 2025, Deposition Transcript of Mihcael Grecco (the sole owner of/ the 30(b)(6) representative for Plaintiff) (the Grecco Tr.") is attached hereto as **Exhibit "B."**

5.    A true and correct copy of Defendant's Responses to Plaintiff's First Requests for Admission is attached hereto as **Exhibit "C."**

6.    A true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories is attached hereto as **Exhibit "D."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 22, 2025.

/s/ Jonathan Alejandrino
Jonathan Alejandrino, Esq.

**EXHIBIT "A"**

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

4

| 1 | PLAINTIFF'S EXHIBITS | |
|---|---|---|
| 2 | NUMBER          DESCRIPTION | PAGE |
| 3 | Exhibit 1   Notice of Taking 30(b)(6) Deposition | 8 |
| 4 | Exhibit 2   Service Provider/Designated Agent Info | 32 |
| 5 | Exhibit 3   Copyright Infringement Notice 1/26/2024 | 50 |
| 6 | Exhibit 4   Copyright Infringement Notice 3/20/2024 | 53 |
| 7 | Exhibit 5   Copyright Infringement Notice 3/19/2024 | 55 |
| 8 | Exhibit 6   Copyright Infringement Notice 3/19/2024 | 56 |
| 9 | Exhibit 7   Copyright Infringement Notice 3/21/2024 | 57 |
| 10 | Exhibit 8   Copyright Infringement Notice 3/27/2024 | 59 |
| 11 | Exhibit 9   Copyright Infringement Notice 3/18/2024 | 60 |
| 12 | Exhibit 10  Copyright Infringement Notice 3/6/2024 | 60 |
| 13 | Exhibit 11  Copyright Infringement Notice 12/27/2023 | 62 |
| 14 | Exhibit 12  Copyright Infringement Notice 2/21/2024 | 69 |
| 15 | Exhibit 13  Copyright Infringement Notice 10/29/2023 | 70 |
| 16 | Exhibit 14  Copyright Infringement Notice 11/6/2023 | 71 |
| 17 | Exhibit 15  Copyright Infringement Notice 10/13/2023 | 72 |
| 18 | Exhibit 16  Copyright Infringement Notice 3/12/2024 | 73 |
| 19 | Exhibit 17  Copyright Infringement Notice 3/15/2024 | 74 |
| 20 | Exhibit 18  Copyright Infringement Notice 10/13/2023 | 75 |
| 21 | Exhibit 19  Copyright Infringement Notice 2/12/2024 | 75 |
| 22 | Exhibit 20  Copyright Infringement Notice 11/17/2023 | 76 |
| 23 | Exhibit 21  Copyright Infringement Notice 2/28/2024 | 77 |
| 24 | | |
| 25 | Cont'd | |

ory

**Service Provider History:**

Effective: January 31, 2025 to Present (Active)

| Service Provider/Designated Agent Information | |
|---|---|
| Service Provider: | TikTok Inc.<br>5800 Bristol Parkway<br>Suite 100<br>Culver City,  CA  90230 |
| Designated Agent: | TikTok Intellectual Property Team<br>TikTok Inc.<br>5800 Bristol Pkwy<br>Suite 100<br>Culver City,  CA  90230<br>Phone: (213) 643-3698<br>Email: copyright@tiktok.com |
| Status: | Active |
| Effective: | January 31, 2025 to Present |

**Alternate Names**

Search:

Tik Tok

TikTok

TikTok App

TikTok Shop

musical ly

musical.ly

musical.ly app

musically

musically app

www.tiktok.com

Showing 1 to 10 of 10 entries

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

16

 1    those terms that they agree to?

 2         A    Yes.

 3         Q    Does TikTok have sort of overbroad

 4    standards or policies that guide what can be posted

 5    on TikTok's platform?

 6         A    The question is generalization of

 7    community guidelines?

 8         Q    Correct.

 9         A    So on TikTok, there are different

10    verticals of community guidelines that are

11    specified.

12         Q    And if a video violates those guidelines,

13    how can that be reported?

14         A    A user can report in-app or on the most

15    relevant Web form report so it gets to the proper

16    team for review.

17         Q    If it's not a user, then it would be those

18    mechanisms you discussed earlier?

19         A    Yes.

20         Q    Is there any human review?

21         A    Yes.

22         Q    When does that occur?

23         A    So human review happens when a video is

24    flagged by those strategy mechanisms I was referring

25    to earlier, as well as when someone, a human,

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

17

1    reports the content as well.

2        Q    If a video is reported for violation of

3    those standards and guidelines, how long does TikTok

4    take to remove any content that it deems in

5    violation?

6        A    I can speak to the IP side, but not for

7    the rest of the community guidelines, I would say.



CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

19

1

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

20

1

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

24

 1    of profile clicks.

 2        Q    Do they keep a record of views and likes

 3    and clicks on a user's post or content?

 4        A    Yes.

 5        Q    I want to turn a little bit to the

 6    monetization of users on TikTok.

 7            Do any TikTok users, are they monetized or

 8    make money from their content?

 9        A    Not all users can monetize from their

10    content.  But ones that have been invited to or have

11    applied to what's called the Creator Program can

12    then monetize off their content.

13        Q    And what's the criteria to be admitted

14    into the Creator Program?

15        A    I'm not sure of all the criterias.  I just

16    know one of them is specific to a number of video

17    views within 30 days.

18        Q    And who is making the determination of

19    whether or not the user is admitted?

20        A    I would say that's out of my scope of

21    knowledge.

22        Q    When a user is admitted into the Creator

23    Program, is there a written agreement between them

24    and TikTok?

25        A    There's another terms of service agreement

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

25

1    that they have to sign.

2        Q    And what are those terms?

3        A    I'm not sure what those terms are.

4        Q    And if a user is admitted into this

5    Creator Program, are their posts and content more

6    closely monitored?

7        A    I don't know.

8        Q    Is there a requirement that anything they

9    post or any content they upload requires approval

10   prior to it being uploaded?

11       A    I don't know.

12       Q    Of the 24 users that are identified in

13   this case, are you aware of any of them having a --

14   or being admitted into the Creator Program?

15       A    Yes.

16       Q    Which users?

17       A    I'm not sure off the top of my head.

18       Q    If I was to name the user, would that...

19       A    No.

20       Q    Are you aware of how many of them are

21   admitted into the Creator Fund?

22       A    No.

23       Q    So when a user is admitted into the

24   Creator Fund, does that mean that their content is

25   now monetized?

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

26

```
 1        A    I'm not sure of the criteria.  Whether all
 2   of the criteria has to be met or some of it, I'm not
 3   sure of those details.
 4        Q    Of the 24 users that are in this case,
 5   would you say about half have been admitted into the
 6   Creator Program?
 7        A    I truly don't know the answer to that.
 8        Q    Do you have, like, a ballpark idea of how
 9   many?
10        A    Not a number, just some of the 24.
11        Q    Less than 10?
12        A    I'm not sure.
13        Q    Now, for this Creator Program and the
14   users that are able to monetize their content, how
15   is TikTok benefiting from this arrangement?
16        A    I would say TikTok doesn't necessarily
17   benefit.  I would say that the users who are able to
18   monetize off of their content are the ones who are
19   profiting themselves for doing that. TikTok doesn't
20   necessarily take a cut from those profits gained by
21   those creators.
22        Q    How does TikTok make money off of people
23   uploading content?
24        A    I would say, broadly speaking, from my
25   understanding, TikTok can make money from
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

27

```
 1    advertisements or brand partnerships, maybe through

 2    TikTok Shop sales, but that's probably as much as I

 3    know in terms of concepts of how the company can

 4    make money.

 5         Q    Does TikTok make money only on users that

 6    are admitted to the Creator Program?

 7         A    Your question is, does TikTok make money

 8    from creators who make money from the Creator

 9    Program?

10         Q    Is it solely those creators?

11         A    But TikTok doesn't take a profit from

12    their funds, so my answer would be no to that.

13         Q    So TikTok makes a profit regardless of

14    whether the content is coming from a user admitted

15    into the Creator Program?

16         A    TikTok generates their money from other

17    revenue streams.  It's not from the creators who are

18    creating content and monetizing off of it.

19         Q    So you mentioned the TikTok Shop.

20    Sometimes creators advertise products from the

21    TikTok Shop, correct?

22         A    I would say there's more of an affiliate

23    program.  I'm not sure about, like, the advertising

24    concept with that.

25         Q    So in that instance where the creator has
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

30

1    certain content out?

2          A    I don't think so.

3          Q    And that's all algorithm-based, correct?

4          A    The For You feed that is?

5          Q    Yes.

6          A    Yes, yes, yes.

7          Q    Are you aware if the algorithm is ever

8    tweaked or changed?

9          A    I couldn't tell you that.



21   BY MR. ALEJANDRINO:

22         Q    What is the Gmail account?

23         A    I don't know.

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

31



13      Q    And you mentioned that takedown notice can

14   be submitted in-app or other ways.

15           What are the other ways that it can be

16   submitted besides in-app?

17      A    It could be submitted through in-app,

18   through the desktop version for Copyright and

19   Trademark Notice and Takedowns.  It can be submitted

20   if someone sent it to the Gmail inbox.  I just don't

21   know what the e-mail is.

22           And the other way that it could be

23   submitted is through an internal database where we

24   have trusted partners who can submit those notice

25   and takedowns in that system.

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

44

```
 1      A    I think if I was to give further
 2  information on the assessment, it would get into the
 3  policy lines and descriptives and those details,
 4  which I've been advised not to address.
 5      Q    Are you aware of whether or not those
 6  policies and guidelines were produced, or was the
 7  privilege also asserted in responding to production
 8  requests?
 9      A    I'm not sure if they were produced to your
10  team.
11      Q    Now, just for my own understanding.
12           So when a DMCA takedown is submitted, it's
13  first routed to -- was it Media Match, the program
14  you stated?
15      A    So if a report is submitted, it goes first
16  to the Gmail inbox and then it goes into our
17  internal system called Media Match and then it goes
18  into a system called Task Crowding System, TCS for
19  short, and that is where the IP operator would
20  review the report and enforce on the content if
21  needed.
22      Q    Okay.  Just to confirm, that Gmail is the
23  copyright@tiktok.com?
24      A    Correct.
25      ■    ████████████████████
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

47

```
1    if I've seen this specific one to this user and
2    video ID, I can't address that.  But the nature of
3    the document you're showing, I'm familiar with it.
4         Q    What type of document is this?
5         A    This looks to be a DMCA notice off the
6    bat.  I don't know if there's more to scroll
7    through.
8         Q    I'll give it a scroll.
9         A    Yes.  So this is -- how do I say this --
10   an e-mailed version versus a template that the Web
11   form and in-app reporting system has.
12        Q    Can you see where this was -- what e-mail
13   this was addressed to?
14        A    Copyright@tiktok.com.
15        Q    And is that TikTok's designated DMCA
16   e-mail?
17        A    Correct.
18        Q    Can you see when this e-mail was dated?
19        A    January 26th, 2024.
20        Q    And are you aware of when this e-mail
21   would have been received?
22        A    If the system was working correctly, we
23   would have received it on that date.
24        Q    And when would the e-mail or this document
25   have been actually viewed?
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

51

```
 1          information that we've already testified is

 2          attorney-client privileged communications.

 3      A      Well, I was going to say, so the notice

 4   and takedowns received from Mr. Grecco, they were

 5   reviewed by the legal team specifically.

 6   BY MR. ALEJANDRINO:

 7      Q      Is that typical?

 8      A      Typically, IP ops would have been

 9   involved, but I think given the nature of the

10   circumstance, that's why it was escalated to the

11   legal team.

12      Q      So in this instance, and I guess with

13   Mr. Grecco's photos, they were already by the legal

14   team?

15      A      From my understanding.

16      Q      Was there any role that an IP operator

17   played in this review?

18      A      Not in these DMCA reviews, no.

19      Q      So this was not -- this did not follow the

20   typical procedure that TikTok has for DMCA takedown

21   notices; is that fair to say?

22      A      Yeah, given the nature of how these

23   reports were taken into the system.

24      Q      And so you said the legal team is the one

25   who reviewed them and made the determination.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

53

```
 1        Q    So is it fair to say that you are not

 2   familiar nor aware of the reasoning as to why

 3   certain photos at issue were not removed?

 4        A    Other than saying that it didn't hit the

 5   policy guidelines and that legal made that decision,

 6   I can't speak further to that.

 7             MR. ALEJANDRINO:  I'm going to show you

 8        what I'm marking as Plaintiff's Exhibit 4.

 9             (Whereupon, Plaintiff's Exhibit Number 4

10        was marked for Identification.)

11   BY MR. ALEJANDRINO:

12        Q    Do you see that here?

13        A    I see Exhibit 4.

14        Q    And what is this document?

15        A    It's a Copyright Infringement Notice.

16        Q    And can you see who this was e-mailed to?

17        A    Copyright@tiktok.com.

18        Q    Do you see when this e-mail was dated?

19        A    March 20th, 2024.

20        Q    And would that have been the same day that

21   it was received in the Gmail?

22        A    In our operations if everything was

23   working perfectly, that is when we would have

24   received it.

25        Q    Are you aware of when this was actually
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

54

1    received?

2         A    I'm not sure of the exact date.

3         Q    Are you aware of when it was actually

4    viewed?

5         A    I'm not sure of the exact date of when it

6    was viewed.

7         Q    Do you know when or if this content was

8    removed?

9         A    I don't know if the content was removed.

10             MR. ALEJANDRINO:  I'm going to show you

11        what I'm marking as Plaintiff's Exhibit 5.

12             MR. KEYES:  Counsel, I'm sorry.  Exhibit

13        4, at least on my screen, I just saw one page,

14        but it looks like it's a multiple-page

15        document.  Can we see what it is here?

16             MR. ALEJANDRINO:  Absolutely.

17             MR. KEYES:  So just for the record, this

18        appears to be a three-page e-mail with the date

19        of up at top of March -- well, in the e-mail

20        itself, yes, March 20th, 2024 at 10:48 p.m.

21        Thank you.

22             And you said that's Exhibit 4.  What was

23        Exhibit 3?

24             MR. ALEJANDRINO:  This one over here, the

25        previous.

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

56

```
 1   viewed or reviewed this e-mail?

 2        A    Is the question -- sorry -- asking if I

 3   know or when it was?

 4        Q    Do you know when it was actually viewed?

 5        A    I don't know.

 6        Q    Do you know if this content was removed?

 7        A    Based on the URL, I can't tell.

 8             MR. ALEJANDRINO:  I can move on to the

 9        next one.  I'm going to be showing you what I

10        am marking as Plaintiff's Exhibit 6.

11             (Whereupon, Plaintiff's Exhibit Number 6

12        was marked for Identification.)

13   BY MR. ALEJANDRINO:

14        Q    I will go ahead and scroll through the

15   document for you.  It is three pages.

16             Do you know what this document is?

17        A    It appears to be an e-mail copy of what

18   looks to be a Copyright Infringement Notice.

19        Q    And who was this addressed to?

20        A    The e-mail it was addressed to,

21   copyright@tiktok.com.

22        Q    And can you tell me the date of the

23   e-mail?

24        A    March 19th, 2024.

25        Q    When was this received?
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

57

```
 1       A    I don't know when it was received.

 2       Q    When was it viewed?

 3       A    I don't know when it was viewed.

 4       Q    Was it removed?

 5       A    I can't tell based on the URL if it was

 6   removed or not.

 7            MR. ALEJANDRINO:  I'm now showing you what

 8       I'm marking as Plaintiff's Exhibit 7.

 9            (Whereupon, Plaintiff's Exhibit Number 7

10       was marked for Identification.)

11   BY MR. ALEJANDRINO:

12       Q    I will once again scroll through with you.

13   It's also three pages.

14            What is this document?

15       A    It appears to be an e-mail receipt or copy

16   for a Copyright Infringement Notice.

17       Q    And who was this addressed to?

18       A    It appears that the e-mail is

19   copyright@tiktok.com.

20       Q    And can you tell me the date of this

21   notice?

22       A    The notice says March 21st, 2024.

23       Q    When was it received?

24       A    I don't know.

25       Q    When was it viewed?
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

58

```
 1      A    I don't know.

 2      Q    Was it removed?

 3      A    Based on the URL, I can't tell if it was

 4  removed or not.

 5      Q    Before I move to the next one, just a

 6  question.  Are you aware of which or how many -- I'm

 7  sorry.  Scratch that.

 8           Are you aware of how many of the photos

 9  were removed in this case?

10      A    Can you be more specific to how you define

11  the photo?

12      Q    Sure.  Of the 22 photos at issue in this

13  case, are you aware of how many were removed?

14      A    Not the photographs, no, I'm not aware of

15  how many were removed.

16      Q    When you say "not the photographs," are

17  you aware of how many of the posts were removed or

18  taken down?

19      A    Yes.

20      Q    How many?

21      A    There were eight in total that were

22  removed.

23      Q    Of the 22?

24      A    Of the 22, from the users themselves and

25  one was not removed from the user.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

1          MR. ALEJANDRINO:  I'm going to show you

2      what I will be marking as Plaintiff's Exhibit

3      8.

4          (Whereupon, Plaintiff's Exhibit Number 8

5      was marked for Identification.)

6  BY MR. ALEJANDRINO:

7      Q    I'll go ahead and scroll through the

8  document.

9          And what is this document?

10      A    It is appears to be an e-mail receipt of a

11  Copyright Infringement Notice.

12      Q    And who is it addressed to?

13      A    The e-mail it was addressed to is

14  copyright@tiktok.com.

15      Q    When is this e-mail dated?

16      A    The e-mail is dated March 27th, 2024.

17      Q    When was this received?

18      A    I don't know.

19      Q    When was it reviewed?

20      A    I don't know.

21      Q    Do you know if this post was removed?

22      A    Based on the URL, I can't tell if it was

23  removed or not.

24          MR. ALEJANDRINO:  I'm showing you what I'm

25      marking as Plaintiff's Exhibit 9.

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

60

```
 1              (Whereupon, Plaintiff's Exhibit Number 9

 2         was marked for Identification.)

 3    BY MR. ALEJANDRINO:

 4         Q    I will scroll through the document.

 5              What is this document?

 6         A    It appears to be an e-mail copy of a

 7    Copyright Infringement Notice.

 8         Q    And to whom was it addressed to?

 9         A    The e-mail says copyright@tiktok.com.

10         Q    And the date?

11         A    March 18th, 2024.

12         Q    And when was this one received?

13         A    I don't know.

14         Q    When was it actually viewed?

15         A    I don't know.

16         Q    And do you know if this was removed or

17    not?

18         A    Based on the URL, I can't tell if it was

19    removed or not.

20              MR. ALEJANDRINO:  I'm now showing you what

21         I'm marking as Plaintiff's Exhibit 10.

22              (Whereupon, Plaintiff's Exhibit Number 10

23         was marked for Identification.)

24    BY MR. ALEJANDRINO:

25         Q    I'll scroll through the document as well.
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

61

```
 1              And what is this document?

 2       A    It looks to be an e-mail copy of a

 3  Copyright Infringement Notice.

 4       Q    And who is this addressed to?

 5       A    It's addressed to copyright@tiktok.com.

 6       Q    And when was this e-mail dated?

 7       A    Well, just to confirm, underneath

 8  copyright department towards the top, it says

 9  "Wednesday, 3/6/2024," but then there's another date

10  saying, "March 6th, 2024."

11       Q    I'm sorry.  You said up here it says

12  March 6th, 2024?

13       A    Oh, my gosh.  Those are the same dates.

14  Yes.

15       Q    Do you know when this was received?

16       A    I don't know.

17       Q    Do you know when this would have been

18  viewed?

19       A    I don't know.

20       Q    And are you aware of whether this post was

21  removed?

22       A    Based on the URL, I can't tell if it was

23  removed or not.

24            MR. ALEJANDRINO:  I'm now showing you what

25       I'm marking as Plaintiff's Exhibit 11.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

62

```
 1              (Whereupon, Plaintiff's Exhibit Number 11
 2         was marked for Identification.)
 3    BY MR. ALEJANDRINO:
 4         Q    And I will go ahead and scroll through
 5    this one as well.
 6              And what is this document?
 7         A    It looks to be an e-mail copy of a
 8    Copyright Infringement Notice.
 9         Q    And can you tell me who this is addressed
10    to?
11         A    It's addressed to copyright@tiktok.com.
12         Q    And when would this e-mail have been
13    received?
14         A    I don't know when the e-mail was received.
15         Q    When was it actually viewed?
16         A    I don't know when it was actually viewed.
17         Q    Are you aware of whether it was removed or
18    not?
19         A    Based on the URL, I can't tell if it was
20    removed or not.
21         Q    So I do have about, I believe, 14 of these
22    left.  So instead of just hammering you over the
23    head with that, I'm just going to ask:  Is it fair
24    to say that the answers will be the same for every
25    single one of the takedown notices?
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

64



1        Q    I'm going to stop sharing my screen.

2             Now, going back to what we discussed, is

3    it fair to say that the steps that are typically

4    followed when a DMCA takedown notice is received by

5    TikTok were not followed in this case?

6        A    Your question is were the steps not taken

7    according to the normal procedure?

8        Q    Yes.

9

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

65



22   BY MR. ALEJANDRINO:

23       Q    Earlier we discussed when users are

24   notified that their content is being removed.

25            Were any of the users in this case

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

66

1   notified of the DMCA takedown notices and removal of

2   their content?

3        A    For the ones that removed the content

4   themselves, they wouldn't have received any

5   notification.  I'm not sure what notification was

6   received to the piece of content that was impacted

7   that was irrelevant to this.

8        Q    Was there any communications with those

9   users in this matter?

10       A    Do you mind being a little bit more

11  specific?

12       Q    Was there any -- let me think.

13            Did you have any communication with one of

14  the users that posted content that is at issue in

15  this case?

16       A    So did I, Jemili Boutros, have any

17  communication with any of the users that uploaded

18  the content?

19       Q    So you are here as a representative of

20  TikTok.  So the answer should be TikTok, not you

21  personally.

22       A    No worries.

23            So did TikTok have any communications with

24  the users that uploaded the content?

25       Q    Correct.

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

67

```
 1      A     No.

 2      Q     So does this mean none of the users that

 3 their content was removed were notified?

 4      A     Content removed from TikTok?

 5      Q     Correct.

 6      A     So the question is:  The content that

 7 TikTok removed, were any of the users notified?

 8      Q     Yes.

 9      A     So there was one content that was impacted

10 by this from an irrelevant -- like another issue.

11 I'm not sure what communications they got.  But any

12 time TikTok removes something, there is a form of

13 communication.

14           MR. ALEJANDRINO:  I think this is a good

15      place to take a break.  We can go off record.

16           (Lunch recess from 3:31 p.m. EST to 4:15

17      EST.)

18           MR. ALEJANDRINO:  We can go back on the

19      record.

20 BY MR. ALEJANDRINO:

21
```



CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL
69

```
1          was going over the takedown notices about

2          things that are not in evidence and on the

3          record, so I wanted to just go ahead and add

4          that into the record just to complete it.

5               So I'm going to go ahead and share my

6          screen.  Give me a second.  I know this is a

7          little tedious, so I apologize.

8               So I'm going to go ahead and show you what

9          I am marking as Plaintiff's Exhibit 12.

10              (Whereupon, Plaintiff's Exhibit Number 12

11         was marked for Identification.)

12   BY MR. ALEJANDRINO:

13        Q    I will go ahead and scroll through it for

14   you to review.  As you can see, it's two pages.

15              What is this document?

16        A    It looks to be an e-mail copy of a

17   Copyright Infringement Notice.

18        Q    And who was this addressed to?

19        A    It was addressed to copyright@tiktok.com.

20        Q    Is that TikTok's designated DMCA e-mail

21   address?

22        A    Yes.

23        Q    What is the date of this e-mail?

24        A    The date reads as February 21st, 2024.

25        Q    When was this e-mail received by TikTok?
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

70

```
 1       A    I don't know.

 2       Q    When was this reviewed by TikTok?

 3       A    I don't know.

 4       Q    Was this content removed?

 5       A    I can't tell from this document.

 6            MR. KEYES:  Counsel, are you marking this

 7       at an exhibit?

 8            MR. ALEJANDRINO:  Yes.  I specified that

 9       it will be marked as Plaintiff's Exhibit 12.

10            MR. KEYES:  Okay.  Thank you.

11            MR. ALEJANDRINO:  Now I'm going to show

12       you what I'm marking as Plaintiff's Exhibit 13.

13            (Whereupon, Plaintiff's Exhibit Number 13

14       was marked for Identification.)

15  BY MR. ALEJANDRINO:

16       Q    I will go ahead and scroll through. It is

17  a three-page document.

18            And can you tell me what this document is?

19       A    It appears to be an e-mail copy of a

20  Copyright Infringement Notice.

21       Q    Who was this addressed to?

22       A    The e-mail that this was sent to was

23  copyright@tiktok.com.

24       Q    Can you tell me the date of this e-mail?

25       A    The date is listed as October 29th, 2023.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

71

1      Q    And when would this e-mail have been
2    received by TikTok?
3      A    I'm not sure when TikTok received this
4    specific e-mail.
5      Q    When would they have reviewed this e-mail?
6      A    I don't have that information.
7      Q    And do you know if this one was removed?
8      A    I can't tell based on the document itself.
9           MR. ALEJANDRINO:  I will move on to what
10         I'm marking as Plaintiff's Exhibit 14.
11              (Whereupon, Plaintiff's Exhibit Number 14
12         was marked for Identification.)
13   BY MR. ALEJANDRINO:
14     Q    I'll also scroll through this one.  This
15   is also a three-page document.
16              Can you tell me what this document is?
17     A    It appears to be an e-mail copy of a
18   Copyright Infringement Notice.
19     Q    And to whom is this addressed?
20     A    The e-mail this was sent to is
21   copyright@tiktok.com.
22     Q    And when was this received by TikTok?
23     A    I don't know when this was received by
24   TikTok.
25     Q    When was it viewed by TikTok?

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

72

```
 1      A    I'm not sure when this was viewed by
 2   TikTok.
 3      Q    And was this content removed by TikTok?
 4      A    I can't tell based on what's shown in
 5   front of me.
 6           MR. ALEJANDRINO:  I'm now going to show
 7      you what I'm marking as Plaintiff's Exhibit 15.
 8           (Whereupon, Plaintiff's Exhibit Number 15
 9      was marked for Identification.)
10   BY MR. ALEJANDRINO:
11      Q    I'll also scroll through this one.  This a
12   two-page document.
13           Can you tell me what this document is?
14      A    Do you mind scrolling down to the bottom?
15   Thanks.
16      Q    Sure.
17      A    It appears to be an e-mail for a DMCA
18   notice.
19      Q    Who is this addressed to?
20      A    It was addressed to copyright@tiktok.com.
21      Q    And when was this one dated?
22      A    October 13th, 2023.
23      Q    When was this received by TikTok?
24      A    I don't know.
25      Q    When was it viewed by TikTok?
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

73

```
 1        A    I don't know.

 2        Q    Was this content removed by TikTok?

 3        A    I can't tell based on what's in front of

 4   me.

 5             MR. ALEJANDRINO:  I'm now going to show

 6        you what I am marking as Plaintiff's Exhibit

 7        16.

 8             (Whereupon, Plaintiff's Exhibit Number 16

 9        was marked for Identification.)

10   BY MR. ALEJANDRINO:

11        Q    I will once again scroll.

12             What is this document?

13        A    It appears to be an e-mail copy of a

14   Copyright Infringement Notice.

15        Q    Who is it addressed to?

16        A    It was address to copyright@tiktok.com.

17        Q    Can you tell me the date of this e-mail?

18        A    The date of the e-mail says March 12th,

19   2024.

20        Q    And when was this received by TikTok?

21        A    I'm not sure.

22        Q    When would TikTok have viewed this e-mail?

23        A    I don't know.

24        Q    Was this content removed?

25        A    I can't tell based on what's in front of
```

74

1    me.

2              MR. ALEJANDRINO:  I'm now going to show

3        you what I am marking as Plaintiff's Exhibit

4        17.

5              (Whereupon, Plaintiff's Exhibit Number 17

6        was marked for Identification.)

7    BY MR. ALEJANDRINO:

8        Q    And I will scroll through this one as

9    well.

10             What is this document?

11       A    It appears to be a copy of a Copyright

12   Infringement Notice.

13       Q    And who is this addressed to?

14       A    It was addressed to copyright@tiktok.com.

15       Q    What is the date of this e-mail?

16       A    The date is March 15th, 2024.

17       Q    And on what date was this received by

18   TikTok?

19       A    I don't know.

20       Q    On what date was this viewed by TikTok?

21       A    I don't know.

22       Q    And was the content removed?

23       A    I can't tell based on what's in front of

24   me.

25             MR. ALEJANDRINO:  Now I'm going to show

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

```
 1        you what I'm marking as Plaintiff's Exhibit 18.
 2              (Whereupon, Plaintiff's Exhibit Number 18
 3        was marked for Identification.)
 4   BY MR. ALEJANDRINO:
 5        Q    And I will scroll through this one as
 6   well.  It's a two-page document.
 7              Can you tell me what this document is?
 8        A    It appears to be a copyright notice and
 9   takedown e-mail copy.
10        Q    Who was it e-mailed to?
11        A    It was e-mailed to copyright@tiktok.com.
12        Q    What is the date of the e-mail?
13        A    October 13th, 2023.
14        Q    And when was this received by TikTok?
15        A    I don't know.
16        Q    When was it viewed by TikTok?
17        A    I don't know.
18        Q    And was this content removed?
19        A    I can't tell based on what's in front of
20   me.
21              MR. ALEJANDRINO:  I'm now going to show
22        you what I'm marking as Plaintiff's Exhibit 19.
23              (Whereupon, Plaintiff's Exhibit Number 19
24        was marked for Identification.)
25
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

76

```
 1   BY MR. ALEJANDRINO:

 2        Q    I will scroll through this one as well.

 3   It's a four-page document.

 4             Can you tell me what this document is?

 5        A    It appears to be a Copyright Infringement

 6   Notice copy of an e-mail.

 7        Q    To whom is it addressed to?

 8        A    It's addressed to copyright@tiktok.com.

 9        Q    What is the date of this e-mail?

10        A    The date reads as February 12th, 2024.

11        Q    When did TikTok receive this e-mail?

12        A    I don't know.

13        Q    When did TikTok view this e-mail?

14        A    I don't know.

15        Q    Was the content here removed?

16        A    I can't tell based on what's in front of

17   me.

18             MR. ALEJANDRINO:  I'm now going to show

19        you what I'm marking as Plaintiff's Exhibit 20.

20             (Whereupon, Plaintiff's Exhibit Number 20

21        was marked for Identification.)

22   BY MR. ALEJANDRINO:

23        Q    I'll scroll through this one as well.

24   What is this document?

25        A    It appears to be an e-mail copy of a
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

77

```
 1    Copyright Infringement Notice.

 2         Q    And who is it addressed to?

 3         A    Copyright@tiktok.com.

 4         Q    When is this e-mail dated?

 5         A    The date on this e-mail reads as

 6    November 17th, 2023.

 7         Q    When was this received by TikTok?

 8         A    I don't know.

 9         Q    When would it have been viewed by TikTok?

10         A    I don't know.

11         Q    And is the content listed here removed?

12         A    I can't tell based on what's in front of

13    me.

14              MR. ALEJANDRINO:  Now I'm showing you what

15         I'm marking as Plaintiff's Exhibit 21.

16              (Whereupon, Plaintiff's Exhibit Number 21

17         was marked for Identification.)

18    BY MR. ALEJANDRINO:

19         Q    And I will scroll through this one.  It's

20    a four-page document.

21              Can you tell me what this document is?

22         A    It appears to be an e-mail of a Copyright

23    Infringement Notice.

24         Q    And who is this e-mail addressed to?

25         A    To copyright@tiktok.com.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

78

```
 1        Q    When was this e-mail dated?

 2        A    It reads as February 28th, 2024.

 3        Q    When was the e-mail received?

 4        A    I don't know.

 5        Q    When was it viewed?

 6        A    I don't know.

 7        Q    Was the content removed?

 8        A    I can't tell based on what's in front of

 9   me.

10             MR. ALEJANDRINO:  I'm now showing you what

11        I'm marking as Plaintiff's Exhibit 22.

12             (Whereupon, Plaintiff's Exhibit Number 22

13        was marked for Identification.)

14   BY MR. ALEJANDRINO:

15        Q    And I will scroll through this one.

16             What is this document?

17        A    This document appears to be a Copyright

18   Infringement Notice.

19        Q    And who was this e-mailed to?

20        A    This was e-mailed to copyright@tiktok.com.

21        Q    When was this e-mail received?

22        A    I don't know when the e-mail was received.

23        Q    When was it viewed?

24        A    I don't know when it was viewed.

25        Q    Was the content here removed?
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

```
 1        A    I don't know if the content here was

 2   removed.

 3             MR. ALEJANDRINO:  I'm now showing you what

 4        I'm marking as Plaintiff's Exhibit 23.

 5             (Whereupon, Plaintiff's Exhibit Number 23

 6        was marked for Identification.)

 7   BY MR. ALEJANDRINO:

 8        Q    I'm going to scroll through the document.

 9             What is this document?

10        A    It appears to be an e-mail copy of the

11   Copyright Infringement Notice.

12        Q    And who was this e-mailed to?

13        A    This was e-mailed to copyright@tiktok.com.

14        Q    What is the date on this e-mail?

15        A    The date reads on this e-mail as

16   November 3rd, 2023.

17        Q    What date was this e-mail received?

18        A    I don't know.

19        Q    What date was this e-mail viewed?

20        A    I don't know.

21        Q    Was the content removed?

22        A    I don't know based on what's in front of

23   me.

24             MR. ALEJANDRINO:  I'm now showing what you

25        I'm marking as Plaintiff's Exhibit 24.
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

80

```
 1              (Whereupon, Plaintiff's Exhibit Number 24
 2         was marked for Identification.)
 3   BY MR. ALEJANDRINO:
 4         Q    I will likewise scroll through the
 5   document.
 6              What is this document?
 7         A    It appears to be an e-mail copy of a
 8   Copyright Infringement Notice.
 9         Q    And who is it addressed to?
10         A    It is addressed to copyright@tiktok.com.
11         Q    When is this dated for?
12         A    The date reads on this document as
13   October 24th, 2023.
14         Q    When was this received?
15         A    I don't know.
16         Q    When was it viewed?
17         A    I don't know.
18         Q    And was the content removed?
19         A    I can't tell based on what's in front of
20   me.
21              MR. ALEJANDRINO:  I'm now showing you what
22         I'm marking as Exhibit 25.
23              (Whereupon, Plaintiff's Exhibit Number 25
24         was marked for Identification.)
25
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

81

```
 1   BY MR. ALEJANDRINO:
 2        Q    I will scroll through this document as
 3   well.  What is this document?
 4        A    It appears to be an e-mail copy of a
 5   Copyright Infringement Notice.
 6        Q    And who is it addressed to?
 7        A    It's addressed to copyright@tiktok.com.
 8        Q    And when is this e-mail dated for?
 9        A    The date on this e-mail reads as
10   October 20th, 2023.
11        Q    When was the e-mail received by TikTok?
12        A    I don't know.
13        Q    When was it viewed by TikTok?
14        A    I don't know.
15        Q    And was this content removed?
16        A    Based on what's in front of me, I can't
17   make that judgment.
18             MR. ALEJANDRINO:  I'm now going to show
19        you what I am marking as Plaintiff's Exhibit
20        26.
21             (Whereupon, Plaintiff's Exhibit Number 26
22        was marked for Identification.)
23   BY MR. ALEJANDRINO:
24        Q    I will scroll through this document.
25             Can you tell me what this document is?
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

82

```
 1        A    It appears to be an e-mail copy of a
 2   Copyright Infringement Notice.
 3        Q    And to whom is it addressed to?
 4        A    It's addressed to copyright@tiktok.com.
 5        Q    When is it dated for?
 6        A    The date on the e-mail reads as
 7   December 20th, 2023.
 8        Q    And when was it received by TikTok?
 9        A    I don't know.
10        Q    When was it viewed by TikTok?
11        A    I don't know.
12        Q    Was the content listed removed?
13        A    I can't make that judgment based on what's
14   in front of me.
15             MR. ALEJANDRINO:  I'm going to show you
16        what I'm marking as Plaintiff's Exhibit 27.
17             (Whereupon, Plaintiff's Exhibit Number 27
18        was marked for Identification.)
19   BY MR. ALEJANDRINO:
20        Q    I will scroll through this document as
21   well.
22             Can you tell me what this document is?
23        A    It appears to be an e-mail copy of a
24   Copyright Infringement Notice.
25        Q    And who is it e-mailed to?
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

83

1      A     The e-mail it was sent to is

2    copyright@tiktok.com.

3      Q     And what date is listed on this e-mail?

4      A     The date reads as November 27th, 2023.

5      Q     When did TikTok receive this e-mail?

6      A     I don't know.

7      Q     When did TikTok view it?

8      A     I don't know.

9      Q     And was the content listed removed?

10      A     Based on what's in front of me, I can't

11    make that judgment call.

12      Q     I'm going to go ahead and stop sharing my

13    screen.  That is all for those.

14            I'm now going to go back to the

15    monetization and Creator Program that we discussed

16    earlier.

17            I know you had testified that some of the

18    users at issue in this case are part of the Creator

19    Program, correct?

20      A     Yes.

21      Q     I want to go ahead and go through the

22    users to see which of those are admitted into the

23    Creator Program.

24            So the first user is bellamy227.  Do you

25    know if TikTok has an agreement to admit that user

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

93

 1      Q    So aside from that assumption, do you have

 2   any evidence supporting the argument that plaintiff

 3   does not own these works?

 4      A    I think it's a valid concern because the

 5   person who takes the photo is the one who has the

 6   copyright ownership.  However, the one who hires for

 7   work then owns that piece of material.  So I think

 8   any supportive documentation to show for either case

 9   would help make that assessment.

10      Q    But do you have any evidence showing that

11   it's not owned by the plaintiff in this case?

12      A    I don't have evidence.

13      Q    I want to go up to number 5.  Can you read

14   that for me?

15      A    Yes.

16           "Plaintiff's claims are barred, in whole

17   or in part, because of any alleged infringement by

18   defendant or defendant's users constituents --"

19   Wait.  Did I say that right?  Sorry.

20      Q    Constitutes.

21      A    Oh, my gosh.  My apologies.

22           "-- constitutes fair use under 17 U.S.C."

23   I don't know how to pronounce that symbol -- "107."

24      Q    What is TikTok's basis for the

25   determination of the fair use argument?

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

94

```
 1            MR. KEYES:  Objection, calls for a legal
 2       conclusion.
 3            Go ahead and answer, Ms. Boutros, if you
 4       can.
 5       A    Do you mind repeating the question?
 6  BY MR. ALEJANDRINO:
 7       Q    What is TikTok's basis for asserting fair
 8  use?
 9            MR. KEYES:  Same objection.
10       A    So TikTok's assessment is based on what is
11  within the DMCA, Digital Millennium Copyright Act.
12            The fair use is the word "declaration" or
13  "outline" in there is what TikTok leans on.
14       Q    What specifically is TikTok leaning on?
15       A    Within fair use, it's my understanding
16  that there's four criterias for the work to be
17  considered for that.
18       Q    And TikTok feels that some of these
19  content that were left up fall into that category?
20       A    Well, legal made that assessment.
21       Q    Understood.
22            I am now going to go to 11.  If you can
23  read that one for me as well.
24       A    "Plaintiff's claims are barred, in whole
25  or in part, because defendant did not and does not
```

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

95

```
 1   have a direct financial interest in or to the
 2   alleged copyright infringement."
 3        Q    Is it your testimony that TikTok did not
 4   receive any financial benefit from the usage of any
 5   of the photos in this lawsuit?
 6        A    My testament is that TikTok did not
 7   generate any funds.
 8        Q    So they did not receive any financial
 9   benefit here?
10        A    No.
11        Q    I'm going to go to 14.  If you can read
12   that one for me.
13        A    "Plaintiff's claims are barred, in whole
14   or in part, to the extent any third-party use of
15   subject photographs was pursuant to a valid license,
16   whether an implied or express license."
17        Q    Did or does TikTok itself have a license
18   to use any of these photos?
19        A    To my understanding, no, TikTok does not
20   have a license to use these photos.
21        Q    And does TikTok have any reason to believe
22   that any of the 24 users in this case had a license
23   to use the photo?
24        A    To my understanding -- well, it's hard to
25   make that judgment call because I don't know the
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

96

1   answer to that.

2       Q    Does TikTok request or inquire from the

3   user licensing when a DMCA takedown notice is

4   submitted?

5       A    When a DMCA notice is submitted, the

6   person who is being reported against does not have

7   the opportunity, in that portion of the workflow, to

8   provide that information.

9       Q    So to clarify, TikTok does not ask the

10  user if they had a license but, rather, just makes

11  its own fair use assessment or an exception --

12  copyright exception in deciding whether or not to

13  remove the content?

14          MR. KEYES:  Objection, compound.

15          But go ahead an answer if you can,

16  Ms. Boutros.

17      A    I would say there's an opportunity for the

18  reported user to showcase a licensing agreement in

19  the process of an appeal because that is when

20  they've been communicated that their content's been

21  removed -- rather than during the initial review

22  that was submitted from the rights owner, and that

23  information wasn't provided.

24  BY MR. ALEJANDRINO:

25      Q    And did any of the users in this case

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

98

 1    more monetary gain is met, and I don't think that's

 2    an accurate statement to be making.

 3         Q    So what determines the monetary gain by

 4    TikTok?

 5              MR. KEYES:  Objection, asked and answered.

 6              But go ahead and answer again if you can,

 7         Ms. Boutros.

 8         A    To the best of my ability, knowing how

 9    TikTok generates money, it's through advertisements

10    or partnership brand deals, and maybe through

11    e-commerce channels likes TikTok Shop.

12    BY MR. ALEJANDRINO:

13         Q    When you say "advertisements," where are

14    these advertisements located?

15         A    So advertisements, they typically have a

16    sticker in the video where it says "sponsored" or

17    "promoted content."

18         Q    And so if the content is sponsored, does

19    that directly correlate to the Creator Program?

20         A    I don't think so.

21         Q    So how does TikTok determine when to

22    sponsor content?

23         A    I don't have the answer to that.

24              And to be clear, TikTok doesn't sponsor

25    content on their own merit.  The user who wants to

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

106

1   removed due to an unrelated issue.

2       Q    So of these eight, they were removed on

3   their own, not by TikTok?

4       A    Correct.

5       Q    So TikTok did not remove any of the 22

6   photos at issue here?

7       A    Well, I don't know if these URLs had the

8   22 photos, but what I can say, again, is that seven

9   of these eight were removed by the users themselves

10  and one of them was impacted because of an unrelated

11  issue.

12      Q    Do you mean like -- for that unrelated

13  issue, just to clarify, do you mean TikTok removed

14  it for something -- for another reason not to do

15  with copyright or intellectual property?

16      A    I just know there was an unrelated issue

17  to this specific case as to why it was removed, but

18  for IP reasons or like those details, I'm not sure.

19      Q    Was it removed by TikTok or the user?

20      A    I believe it was removed by TikTok.

21      Q    So TikTok only removed one of the eight

22  for an unrelated reason, and the other remaining

23  ones were removed on their own?

24      A    They were removed by the users who

25  uploaded them themselves.

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

111

```
 1        A     "Identify all employees or persons
 2  involved in reviewing the DMCA takedown notices and
 3  any subsequent responsive actions taken therein."
 4        Q     And if you want to read the portion of the
 5  answer starting with "subject to"?
 6        A     Sure.
 7              "Subject to and without waiving the
 8  foregoing objections, defendant incorporates its
 9  objections and response to interrogatory number 12
10  and adds that its counsel has reviewed the allegedly
11  infringing uses of the work.  No subsequent
12  responsive actions have been taken because the
13  allegedly infringing uses of the work qualify as
14  fair use."
15        Q     And what does a fair classification mean?
16        A     A fair of a classification mean?
17        Q     What does a fair classification mean or
18  qualification?
19        A     Did I read that on the document, a fair
20  qualification?
21        Q     It qualifies as fair use.
22        A     So the question is:  How does this qualify
23  as fair use?
24        Q     Yes.
25              MR. KEYES:  Objection, asked and answered.
```

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

112

 1   BY MR. ALEJANDRINO:

 2        Q    You can answer the question.

 3        A    Well, my understanding is that legal made

 4   the assessment for fair use.



18             MR. ALEJANDRINO:  I think this is a good

19        place to take a break.  I'm just going to

20        review my notes, see if I have anymore

21        additional questions.

22             We can go off record.

23             (Recess from 5:20 p.m. EST to 5:34 p.m.

24        EST.)

25

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

117

1

12

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

118

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

123

1

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

124

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

125

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

126



12          Q     We did go through all the takedown notices

13    and the exhibits that were sent to TikTok.

14                Just to clarify, your testimony is that

15    you did not know when any of those notices were

16    actually received or reviewed?

17          A     Correct.

18          Q     And you also don't know if the images

19    themselves were removed?

20          A     I know there were a number of images.  I

21    also know that there were some videos that weren't

22    removed.

23          Q     Do you know the specific content that was

24    removed?

25          A     Not off the top of my head.

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

127

1          Q    And the ones that were not removed and

2    remained up, you don't know why they were determined

3    to be fair use or an exception to the copyright

4    infringement?

5               MR. KEYES:  Objection, asked and answered.

6          Mischaracterizes prior testimony, too.

7               But go head and answer if you can.

8          A    Yeah, legal made that assessment.

9    BY MR. ALEJANDRINO:

10         Q    Would you say that knowing when a takedown

11   notice was received and reviewed would be important

12   information to know?

13         A    It is information that should be included

14   in a report, yes.

15         Q    Do you know why you were designated as

16   TikTok's 30(b)(6) corporate representative?

17         A    Yes.

18         Q    Why is that?

19         A    I'm someone who oversees and is in

20   operations, so I would be able to speak to the

21   details of our operations.

22         Q    Along those lines, what exactly is your

23   scope at TikTok?

24         A    My scope includes reviewing notice and

25   takedown reports themselves.  I also do risk

**EXHIBIT "B"**

```
 1        Q.  Okay.  Thank you.  Let's go to paragraph
 2   10.
 3        A.  Okay.
 4        Q.  So --
 5        A.  In which document?  Exhibit 5?
 6        Q.  Yeah.  We're going to be on Exhibit 5 for a
 7   while, sir.
 8        A.  Okay.  Okay.
 9        Q.  In 1998 you formed Michael Grecco
10   Photography; right?
11        A.  Correct.
12        Q.  Now, at that point in time as of 1998, you
13   were already taking photographs; yes?
14        A.  Yes.
15        Q.  And you assigned all right, title, and
16   interest in those photographs to Michael Grecco
17   Photography in 1998; correct?
18        A.  Correct.
19        Q.  All right.  So at the time when you
20   assigned those photographs to -- those existing
21   photographs as of 1998 to Michael Grecco
22   Photography, I take it you were not a W-2 employee
23   of the company?
24        A.  There was no company.
25            Prior to that you're asking me, yes?
```

1    Q.  Prior to 1998, there was no company; right?

2    A.  Correct.

3    Q.  You were acting as a sole proprietor, if

4  you will?

5    A.  Correct.

6    Q.  All right.  So but in 1998, you formed

7  Michael Grecco Photography, Inc.?

8    A.  Correct.

9    Q.  And so you assigned your rights to that

10  company as of that date?

11    A.  Yes, that is correct.

12    Q.  So my question, if I wasn't clear, is as of

13  1998, once you formed Michael Grecco Photography,

14  Inc., did you personally, sir, become an employee of

15  Michael Grecco Photography, Inc.?

16    A.  Yes.

17    Q.  Okay.  And when I say "employee," you were

18  a W-2 employee of the company?

19    A.  At times, yes.

20    Q.  But I know earlier in your testimony today,

21  you're not currently an employee of Michael Grecco

22  Productions, Inc.?

23    A.  I'm the owner of Michael Grecco

24  Productions, Inc.  And through the years I have

25  gotten paid as a W-2 employee, and I have been

1    this alleged damage?

2        A.  No.  I mean, but every time my work gets

3    posted and reposted on your client's platform, it

4    cancels our ability to license work exclusively in

5    territories and channels when it's publicly

6    available on a social media platform.  So it's --

7    you're undermining my ability to get the best rates

8    and the best licensing fees for my work.

9        Q.  Okay.  Well, let's talk about that.  So

10   you're saying that as a result of these images

11   appearing on TikTok.

12           Have you been deprived licensing revenue

13   from third parties?

14       A.  Well, I wouldn't know that obviously

15   because, if they've seen it elsewhere, they would

16   steal it rather than come license it.  And they're

17   not coming to us to license it exclusively if

18   they've seen it on the TikTok platform.

19       Q.  And how do you know that?

20       A.  Because I've been in the business for

21   almost 50 years.

22       Q.  Has anybody told you, sir, that they're not

23   going to license any of the photographs that are at

24   issue in this case because they saw them on TikTok?

25       A.  No, but why would someone come to me and

 1   tell me that?  It would never happen.

 2       **Q.  Let's look at paragraph 80.  "Plaintiff is**

 3   **entitled to recover her" -- I think that's another**

 4   **typo, isn't it?**

 5       A.  Yes.

 6       **Q.  Okay.  Plaintiff is entitled to recover her**

 7   **actual damages."**

 8           **That's referring to your company, your**

 9   **company's actual damages?**

10       A.  Correct.

11       **Q.  Okay.  What are your company's actual**

12   **damages in this case?**

13       A.  That would be calculated in through

14   discovery and, you know, any advertising revenue

15   that's -- that you bother to disclose to us based

16   off of the -- based off of the images, you know,

17   that were used by your -- by your viewers.  By --

18   excuse me.  By the people posting.  Not really your

19   viewer.

20       **Q.  Okay.  But you've already testified that**

21   **you're not aware of a single instance where any of**

22   **your photographs were used in an advertisement on**

23   **TikTok.**

24       A.  You're confusing -- you're misrepresenting

25   what I -- what I'm saying, and you're

1    and I see the Morgan Freeman one for 99.

2        **Q.   Right.  And so it's your position that all**

3    **of these photographs are far inferior to yours; is**

4    **that right?**

5        A.   Yeah.  And we don't license for -- again,

6    Getty builds its business on -- as a wholesale

7    supermarket licenser.  They build their business on

8    volume.  We found Getty stealing our pictures and

9    not paying us or giving them away for $0.00 and --

10   you know.  So I had to get a -- the complete usage

11   of my Getty Images because they withheld funds from

12   me.

13        We sued them.  They paid us.  Like, so

14   what?  To me these are criminals that give away

15   photographers' work for the lowest amount of money

16   to get market share, and that's what their concerned

17   in.

18        I'm not concerned in market share.  I'm

19   concerned in being a boutique high-end licensor of

20   high-quality imagery.  And statutory damages are

21   based on my market licensing rates, not Getty.

22        So yeah, I see it.

23       **Q.   Okay.  So we just looked here in Exhibit 54**

24   **some of the same celebrities that you've taken**

25   **photographs as well; right?**

```
 1    and I haven't signed them.

 2            So, you know, that's what their offer is,

 3    but . . .

 4        Q.  So you testified earlier today that you

 5    wanted to get the best licensing rates for your

 6    images; right?

 7        A.  Yes.

 8        Q.  So is 175 the best licensing rate you could

 9    get for this image of Michael Jackson?

10        A.  175 is not a licensing rate.  It's a

11    sale -- it's a rate to sell a print, and it was a

12    special promotion that they asked me to be a part

13    of.

14        Q.  And as of today's date, you haven't sold

15    any of those; is that right?

16        A.  I don't think so, but by -- on Monday I'm

17    going to let them know that they should take down

18    the special promotion.

19        Q.  Why?

20        A.  Because I did it because I was new to the

21    agency, and they made a request.  I'm now being

22    represented by the Fahey Klein Gallery, and I have

23    museum shows all over the world, and our rates are

24    35- to $9,500 a signed edition print, and I don't

25    want this to undermine the market.
```

**EXHIBIT "C"**

Subject to and without waiving the foregoing objections, the screenshots of the allegedly infringing videos included in Exhibit N to the Second Amended Complaint contain URLs to the allegedly infringing videos.

**INTERROGATORY NO. 9**:

Identify all gross revenues paid to Defendant with respect to any services and/or products offered by Defendant that utilized, displayed, and/or published any of the photographs comprising the Work in connection therewith.

**ANSWER:** Defendant incorporates each of the General Objections herein. Defendant objects to this Interrogatory as over broad, unduly burdensome, and disproportionate to the needs of this case to the extent it seeks "*all* gross revenues" relating to "*any* services and/or products offered by Defendant." Defendant interprets this Interrogatory as seeking information relating to gross revenues paid to Defendant relating to the use of the Work at issue in this Action.

Subject to and without waiving the foregoing objections, Defendant has not received revenues from the utilization, display, and/or publication of any of the photographs comprising the Work.

**INTERROGATORY NO. 10**:

Identify the date ranges for which each photograph comprising the Work were published/displayed on the Platform.

**ANSWER:** Defendant incorporates each of the General Objections herein. Defendant objects to this Interrogatory to the extent it seeks information that is not in Defendant's possession, custody or control.

Subject to and without waiving the foregoing objections, Defendant responds that the dates the allegedly infringing videos were first displayed on TikTok are shown in the screenshots in Exhibit N to the Complaint. As of the date of this response, the allegedly infringing uses at the URLs below are no longer publicly displayed on TikTok in the United States:

- https://www.tiktok.com/@bellamy227/video/7160505047980231979
- https://www.tiktok.com/@filmeseseriesxz/video/7152274101573324038?lang=en
- https://www.tiktok.com/@bg_ijam/video/7283620831270309121
- https://www.tiktok.com/@iohndepp/video/7106179409345809669
- https://www.tiktok.com/@mjforever.1958
- https://www.tiktok.com/@weloverealmovies
- https://www.tiktok.com/@dfwbass/video/7156765166611270958
- https://www.tiktok.com/@wordsofwarning/video/7226772576243076395

**INTERROGATORY NO. 11**:

Describe Defendant's policies and procedures with respect to DMCA Takedown Notices.

**ANSWER:** Defendant incorporates each of the General Objections herein. Defendant objects to this Interrogatory as duplicative of Interrogatory No. 2.

Subject to and without waiving the foregoing objections, Defendant incorporates its objections and response to Interrogatory No. 2.

1

2

3

4

5

6          ***START OF ATTORNEYS EYES ONLY***

7  

8

9

10

11

12

13

14

15

16

17

18

19          ***END OF ATTORNEYS EYES ONLY***

20

21

22

23

24

25

26

27

28

DEFENDANT'S ANSWERS TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES                                    Case No. 2:24-CV-04837-FLA-MAR

**INTERROGATORY NO. 13**:

Identify all employees or persons involved in reviewing the DMCA Takedown Notices and any subsequent responsive actions taken therein.

**ANSWER:** Defendant incorporates each of the General Objections herein. Defendant objects to this Interrogatory as over broad and unduly burdensome and to the extent it seeks information that is not relevant to the Parties' claims or defenses.

Subject to and without waiving the foregoing objections, Defendant incorporates its objections and response to Interrogatory No. 12, and adds that its counsel has reviewed the allegedly infringing uses of the Work.  No subsequent responsive actions have been taken because the allegedly infringing uses of the Work qualify as fair use.

Dated:    June 17, 2025                    DORSEY & WHITNEY LLP


                                          By: */s/ J. Michael Keyes*
                                          J. Michael Keyes (SBN 262281)
                                            *keyes.mike@dorsey.com*
                                          Connor J. Hansen (*pro hac vice*)
                                            *hansen.connor@dorsey.com*
                                          Dylan J. Harlow (*pro hac vice*)
                                            *harlow.dylan@dorsey.com*
                                          Columbia Center
                                          701 Fifth Avenue, Suite 6100
                                          Seattle, WA
                                          Telephone:  206.903.8800
                                          Facsimile:   206.903.8820

                                          DORSEY & WHITNEY LLP
                                          Kent J. Schmidt (SBN 195969)
                                            *schmidt.kent@dorsey.com*
                                          600 Anton Boulevard, Suite 200
                                          Costa Mesa, CA 92626
                                          Telephone:  714.800.1400
                                          Facsimile:   714.800.1499

                                          *Attorneys for Defendant TikTok, Inc.*

DEFENDANT'S ANSWERS TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES                              Case No. 2:24-CV-04837-FLA-MAR

**EXHIBIT "D"**

Subject to and without waiving the foregoing objections, denied.

**REQUEST FOR ADMISSION NO. 9**:

Admit that Defendant did not remove from publication and/or display any of the photographs comprising the Work for at least one (1) month after its receipt of the DMCA Takedown Notice.

**RESPONSE:**  Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.  Defendant interprets this Request as seeking information relating to the allegedly infringing uses of Plaintiff's Works identified in Exhibit N to the Second Amended Complaint.

Subject to and without waiving the foregoing objections, admitted.

**REQUEST FOR ADMISSION NO. 10**:

Admit that Defendant did not remove from publication and/or display any of the photographs comprising the Work for at least two (2) months after its receipt of the DMCA Takedown Notice.

**RESPONSE:**  Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.  Defendant interprets this Request as seeking information relating to the allegedly infringing uses of Plaintiff's Works identified in Exhibit N to the Second Amended Complaint.

Subject to and without waiving the foregoing objections, admitted.

**REQUEST FOR ADMISSION NO. 11**:

Admit that Defendant did not remove from publication and/or display any of the photographs comprising the Work for at least three (3) month after its receipt of the DMCA Takedown Notice.

DEFENDANT'S RESPONSES TO PLAINTIFF'S
FIRST REQUEST FOR ADMISSIONS                    Case No. 2:24-CV-04837-FLA-MAR

**RESPONSE:**    Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.  Defendant interprets this Request as seeking information relating to the allegedly infringing uses of Plaintiff's Works identified in Exhibit N to the Second Amended Complaint.

Subject to and without waiving the foregoing objections, admitted.

**REQUEST FOR ADMISSION NO. 12**:

Admit that Defendant did not remove from publication and/or display any of the photographs comprising the Work for at least six (6) month after its receipt of the DMCA Takedown Notice.

**RESPONSE:**    Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.  Defendant interprets this Request as seeking information relating to the allegedly infringing uses of Plaintiff's Works identified in Exhibit N to the Second Amended Complaint.

Subject to and without waiving the foregoing objections, admitted.

**REQUEST FOR ADMISSION NO. 13**:

Admit that Defendant did not remove from publication and/or display any of the photographs comprising the Work for at least one (1) year after its receipt of the DMCA Takedown Notice.

**RESPONSE:**    Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.  Defendant interprets this Request as seeking information relating to the allegedly infringing uses of Plaintiff's Works identified in Exhibit N

-7-

to the Second Amended Complaint.

Subject to and without waiving the foregoing objections, admitted.

**REQUEST FOR ADMISSION NO. 14**:

Admit that, after receiving the DMCA Takedown Notice, each photograph comprising the Work was not removed from the Platform expeditiously.

**RESPONSE:**  Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent the term "expeditiously" is not defined.  Defendant objects to this Request as argumentative and improper, including because it seeks a legal conclusion or admission on a legal principle to be determined in this case.  Defendant objects to this Request as vague and ambiguous to the extent it seeks information relating to removal of photographs when the alleged infringement relates to videos posted to TikTok.

**REQUEST FOR ADMISSION NO. 15**:

Admit that you did not enforce your policies and/or producers with respect to DMCA Takedown Notices.

**RESPONSE:**  Defendant incorporates each of the General Objections herein. Defendant objects to this Request as vague and ambiguous to the extent it does not identify the "policies and/or procedures" that are the subject of this Request.

Subject to and without waiving the foregoing objections, denied.

**REQUEST FOR ADMISSION NO. 16**:

Admit that you own copyrights.

**RESPONSE:**  Defendant incorporates each of the General Objections herein. Defendant objects to this Request as irrelevant to any claims or defense in this action. Defendant objects to this Request to the extent it relates to information that is publicly available and easily accessible to Plaintiff.  Defendant objects to this Request as vague and ambiguous to the extent "you" is undefined; Defendant interprets "you" as referring to TikTok, Inc.

-8-