Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Jonathan Alejandrino, *pro hac vice*
**COPYCAT LEGAL PLLC**
3111 North University Drive
Suite 301
Coral Springs, FL 33065
T: (877) 437-6228
E: jonathan@copycatlegal.com


Attorneys for Plaintiff
Michael Grecco Productions, Inc.


IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL GRECCO PRODUCTIONS, INC., | Civil Action No. 2:24-cv-04837-FLA-MAR |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL GRECCO** |
| TIKTOK, INC., | |
| Defendant. | |

Michael Grecco does hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2.      I am the CEO and sole shareholder of plaintiff Michael Grecco Productions, Inc. ("Plaintiff").

3.      I am an award-winning celebrity portrait photographer that is hired by top-tier media outlets to take photographs of celebrities for magazine covers. I have photographed legendary musicians, actors, directors, Olympians, technologists, comedians, athletes, fashion models and automobiles – such as Johnny Cash, Steven Spielberg, Will Smith, Chris Rock, Penelope Cruz, Steve Martin, Olympian Janet Evans, the SnapChat Founders, and Porsche's 911 sports automobile.

4.      My photographs are widely published in some of the world's most prominent magazines, including but not limited to Vanity Fair, Rolling Stone, ESPN Magazine, Time, Forbes, and Esquire.

5.      Plaintiff maintains a commercial website (https://grecco.com/) which describes the photography services offered by myself, hosts a sample portfolio of photographs taken and cinemagraphs created by myself, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

6.      Plaintiff owns the photographs and serves as the licensing agent with respect to licensing such photographs. Plaintiff was formed in 1998 as "Michael

Grecco Photography, Inc." At that time, I transferred the rights with respect to my existing copyrights (pursuant to a written assignment agreement) to Michael Grecco Photography, Inc. In 2012, the company name was formally changed to Michael Grecco Productions, Inc. to accommodate for the expansion into motion productions in addition to photography. Later, in 2014, Plaintiff created "Michael Grecco Photography" as a d/b/a of Plaintiff. The written agreements are attached hereto as **Exhibit "A."**

7.      Plaintiff licenses its photographs on an exclusive and non-exclusive basis to top-tier media outlets. Plaintiff has licensed individual images of celebrities for thousands of dollars to major top-tier outlets.

8.      This lawsuit involves twenty-two photographs, copies of which are identified at ¶¶ 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, and 54 of the Complaint. See D.E. 46.

9.      I created a professional photograph of New Zealand actress Lucy Lawless as Xena the Warrior Princess titled "19970506_Xena_Lawless_Lucy_MGP_0001" (the "First Photograph").

10.      I created a professional photograph of New Zealand actress Lucy Lawless as Xena the Warrior Princess titled "19970506_Xena_lawless_lucy_MGP_0003" (the "Second Photograph").

11.      I created a professional photograph of American Actor Andy Garcia

1  titled "19970503_Garcia_Andy_MGP_0001" (the "Third Photograph").

2     12.    I created a professional photograph of American vocal girl group En

3  Vogue titled "19910622_En_Vogue_MGP_0010" (the "Fourth Photograph").

4     13.    I created a professional photograph of American new wave band 'Til

5  Tuesday titled "19850101_Til_Tuesday_Mann_Aimee_MGP_0006" (the "Fifth

6  Photograph").

7     14.    I created a professional photograph of American director and actor

8  Quentin Tarantino titled "Tarantino_Quentin_MGP_003" (the "Sixth

9  Photograph").

10     15.    I created a professional photograph of Google founders, Larry Page

11  and Sergey Brin titled "20021022_Google_Founders_MGP_0003" (the "Seventh

12  Photograph").

13     16.    I created a professional photograph of New Zealand actress Lucy

14  Lawless    as    Xena    the    Warrior    Princess    titled

15  "19970506_Xena_Lawless_Lucy_MGP_0043" (the "Eighth Photograph").

16     17.    I created a professional photograph of New Zealand actress Lucy

17  Lawless    as    Xena    the    Warrior    Princess    titled

18  "19970506_Xena_Lawless_Lucy_MGP_0015" (the "Ninth Photograph").

19     18.    I created a professional photograph of New Zealand actress Lucy

20  Lawless    as    Xena    the    Warrior    Princess    titled

"19970506_Xena_Lawless_Lucy_MGP_0005" (the "Tenth Photograph").

19.    I created a professional photograph of American actors Jerry O'Connell, Cleavant Derricks, Sabrina Anne Lloyd, and Charlie O'Connell as the cast of the television series Sliders titled "19971209_Sliders_Cast_MGP_0008" (the "Eleventh Photograph").

20.    I created a professional photograph of American actress Gillian Anderson titled "9930625_Anderson_Gillian_MGP_0006" (the "Twelfth Photograph").

21.    I created a professional photograph of American actor and musician Johnny Depp titled "19940708_Depp_Johnny_MGP_0010" (the "Thirteenth Photograph").

22.    I created a professional photograph of American singer Michael Jackson titled "19890127_Jackson_Michael_MGP_0005" (the "Fourteenth Photograph").

23.    I created a professional photograph of American singer Michael Jackson titled "19890127_Jackson_Michael_MGP_0001" (the "Fifteenth Photograph").

24.    I created a professional photograph of American Actor Morgan Freeman titled "20040525_Freeman_Morgan_MGP_0002" (the "Sixteenth Photograph").

25.    I created a professional photograph of British Rock Band Siouxsie and the Banshees titled "19800101_Siouxsie_and_the_Banshees_MGP_0001" (the "Seventeenth Photograph").

26.    I created a professional photograph of Singaporean martial artist and actor Jet Li titled "19981009_Li_Jet_MGP_0006" (the "Eighteenth Photograph").

27.    I created a professional photograph of actors Gillian Anderson and David Duchovny titled "19950310_X-Files_The_MGP_Fox_TS_0003" (the "Nineteenth Photograph").

28.    I created a professional photograph of actors Gillian Anderson and David Duchovny titled "19930625_X-Files_The_MGP_0010" (the "Twentieth Photograph").

29.    I created a professional photograph of actors Gillian Anderson and David Duchovny titled "19950310_X-Files_The_MGP_0007" (the "Twenty-First Photograph").

30.    I created a professional photograph of bass player Tina Weymouth of American band Talking Heads titled "19800101_Talking_Heads_MGP_0008" (the "Twenty-Second Photograph").

31.    The First Photograph, Second Photograph, Third Photograph, Fourth Photograph, Fifth Photograph, Sixth Photograph, Seventh Photograph, Eighth Photograph, Ninth Photograph, Tenth Photograph, Eleventh Photograph, Twelfth

Photograph, Thirteenth Photograph, Fourteenth Photograph, Fifteenth Photograph, Sixteenth Photograph, Seventeenth Photograph, Eighteenth Photograph, Nineteenth Photograph, Twentieth Photograph, Twenty-First Photograph, and Twenty-Second Photograph are collectively referred to herein as the "Work."

32.    Plaintiff is the owner of the Work and has remained the owner at all times material hereto.  Although Defendant asserts in its Second Affirmative Defense that "one or more of the Work were a work made for hire and/or [] Plaintiff does not have an assignment or license conveying it all rights, title, and interest in the Work or the copyright registrations," such statement is patently false.  ***None*** of the photographs comprising the Work was commissioned on a work for hire basis, nor have I ever transferred copyright ownership of such photographs to anyone or any entity other than Plaintiff.

33.    Plaintiff offers to license some of the images in my portfolio on its stock website. See https://www.mgpstockphotos.com/portfolio.  All the images in the catalog are offered as stock for a license fee, adjusted to the nature and duration of the use by a standard, automated formula.

34.    I, or other agents on behalf of Plaintiff, discovered the unauthorized use of twenty-two (22) of Plaintiff's photographs on defendant TikTok, Inc.'s ("Defendant's") website.

35.    Upon discovery, Plaintiff sent twenty-five (25) DMCA takedown

1    notices to Defendant. Each takedown notice was emailed to Defendant's DMCA

2    designated email address: copyright@tiktok.com

3        36.    Each takedown notice was compliant with the DMCA. Each

4    takedown notice contained the following information: the identity of the

5    copyrighted work, the location of the infringing material (including a direct link to

6    the infringement), and a statement of good faith. Attached hereto is a copy of each

7    take-down notice Plaintiff sent to Defendant as **Composite Exhibit "B."**

8        37.    Prior to each take-down notice being sent to Defendant, Plaintiff (or

9    an agent authorized to act on behalf of Plaintiff) subjectively considered whether

10   Defendant's user's use of each photograph was fair use. Plaintiff and/or the agent

11   authorized to act on Plaintiff's behalf determined that each unauthorized use would

12   not qualify as fair use.

13       38.    At no point did Defendant reach out to me or anyone else associated

14   with Plaintiff in response to Plaintiff's DMCA takedown notices. Defendant never

15   responded to the DMCA takedown notices. Additionally, Defendant never

16   provided notice that the infringing materials would not be removed.

17       39.    All the photographs at issue in this lawsuit were created by me and

18   are owned by Plaintiff.

19       40.    Whether each photograph comprising the Work was registered within

20   five years of publication varies from photograph to photograph. Attached hereto as

**Exhibit "C"** is a chart illustrating when each photograph comprising the Work was registered and published to show which photographs have certificates of registration that are within 5 years of publication.

41.    Using state-of-the-art equipment and signature lighting techniques, I create high-end photography licensed by some of the top publishers in this country. When commissioned for a job, I spend countless hours capturing hundreds of photographs and then processing those photographs to ensure they meet customers' requirements.

42.    The Work at issue in this lawsuit is photographs taken of well-known celebrities and involved complex elements of lighting/staging and cannot be recreated. I generally take photographs in private/studio settings where general members of the public would not have access.

43.    Neither Defendant nor any of its users were licensed to use the Work from Plaintiff.

44.    Further, to the extent Defendant asserts (in its Fifteenth Affirmative Defense) that any of Defendant's users and/or other third parties alleged to have infringed the photographs comprising the Work, this assertion is false.  Neither I nor Plaintiff have entered into any settlement of the infringements at issue in this lawsuit with respect to any of the twenty-two (22) photographs.  Likewise, I have not recovered damages or other relief from any such persons (contrary to

1 | Defendant's assertion in its Sixteenth Affirmative Defense).

2

3 | I declare under penalty of perjury under the laws of the United States of

4 | America that the foregoing is true and correct.

5

6 | DATED: ___8/22/2025___.

7

8

Michael Grecco
ID UuQBCahqwLw88MdQQ6KhqvLr

Michael Grecco

9

10

11

12

13

14

15

16

17

18

19

20

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **UuQBCahqwLw88MdQQ6KhqvLr** |
| Signed by: | Michael Grecco |
| Sent to email: | MG@Grecco.com |
| IP Address: | 184.145.250.46 |
| Signed at: | Aug 22 2025, 3:26 pm EDT |

**EXHIBIT "A"**

2064370

# State of California



## SECRETARY OF STATE

2 pages

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this

JAN 0 2 1998



Secretary of State

97  35085

2064370

ENDORSED - FILED
IN THE OFFICE OF THE
SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

JAN -1 1998

BILL JONES, SECRETARY OF STATE

## ARTICLES OF INCORPORATION

### OF

## MICHAEL GRECCO PHOTOGRAPHY, INC.

I

The name of this corporation is MICHAEL GRECCO PHOTOGRAPHY, INC.

II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

ARTHUR A. COREN
Horgan, Rosen, Beckham & Coren, L.L.P.
21700 Oxnard Street, Suite 1400
Woodland Hills, California 91367

IV

This corporation is authorized to issue only one class of shares of stock which shall be known as Common Stock; and the total number of shares which this corporation is authorized to issue is One Million (1,000,000), no par value.

V

DIRECTOR LIABILITY: The liability of directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law. Any amendment, repeal or modification of the provisions of this Articles shall not adversely affect any right or protection of a director or the corporation existing at the time of such amendment, repeal or modification.

125.lu

VI

INDEMNIFICATION OF AGENTS: The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the General Corporation Law of the State of California) for breach of duty to the corporation and its shareholders through bylaw provisions, agreements with the agents, or otherwise, in excess of the indemnification otherwise permitted by Section 317 of the General Corporation Law of the State of California, subject to the limits on such excess indemnification set forth in section 204 of the General Corporation Law of the State of California.  Any amendment, repeal or modification of the provisions of this Article shall not adversely affect any right or protection of any agent of the corporation existing at the time of such amendment, repeal or modification.


Dated: December 18, 1997

_____

ARTHUR A. COREN,
Incorporator



125.lu

<u>ASSIGNMENT AGREEMENT</u>

This Agreement is made as of this 1st day of January, 1998, by and between Michael Grecco, an individual, hereafter referred to as "Assignor" and Michael Grecco Photography, Inc., a California corporation, hereafter referred to as "Assignee."

<u>Recitals</u>

1.   During the period on or about January 1, 1971 through December 31, 1997 Assignor created certain still photographic images which include prints, contact sheets, polaroid prints, digital files, negatives and transparencies (the "Images"). Assignor is the owner of the Images, and is also the owner of the copyrights in and to the Images.  The Images include but are not limited to those images which are the works in the certificates of copyright registration referenced in paragraph 5, below and which are the works in any and all other copyright applications and certificates of registration of Assignor.

2.   For valuable consideration, the receipt and adequacy of which is hereby acknowledged, Assignor makes the assignments and transfers set forth below.

<u>Transfer of Images</u>

3.   Assignor hereby sells, assigns, transfers, conveys and delivers to Assignee, its successors and assigns, all of the

1

Assignor's right, title, and interest in and to the Images, including, without limitation, the right to permanent possession of the Images.

## Transfer of Copyrights

4.    Assignor hereby sells, assigns, transfers and conveys to Assignee, its successors and assigns, all of Assignor's rights, title, and interest in and to the entire copyright to each Image, in perpetuity, and any and all renewals and extensions thereof that may be secured under all laws now or hereinafter in effect, and any and all causes of action heretofore accrued in Assignor's favor for infringement of any copyright licenses and copyright interests related to the Images, throughout the United States and its territories and possessions, in the Philippine Republic and in all other such countries throughout the world wherein Assignor owns, possesses or controls the rights herein being transferred to Assignee, to the fullest possible extent of such rights.

## Transfer of Certificates of Copyright Registration

5.    Assignor has duly registered copyrights in some of the Images with the United States Copyright Office.    A list of the titles being transferred, including certain Certificates of Registration, is appended hereto as Exhibit "A" (the "Certificates of Registration").    Assignor hereby sells, assigns, transfers, conveys and delivers to Assignee, its successors and assigns, the Certificates of Registration including, without

2

limitation, any and all rights associated therewith, to the fullest extent of such rights.

### Transfer Of All Incidental And Related Rights

6.    Assignor hereby sells, assigns, transfers and conveys to Assignee, its successors and assigns, any and all intellectual property and proprietary rights in any manner related to the Images, income, royalties, license fees, use fees, damages, claims, and payments, now or hereafter due or payable with respect to the Images, and related copyrights and rights, as set forth above, and in all related causes of action, either in law or in equity, including but not limited to for past, present or future infringement, breach of contract claims, or related remedies based on, arising from, or related to the Images and/or related copyrights and rights, any and all model releases, property releases, consents, and other contracts related to the Images, and in and to all other rights corresponding to the Images or any of the foregoing, whether now known or hereafter developed, invented, devised or created, throughout the world, including any additional rights that may subsequently arise through California law, federal law, or the law of any foreign country, by statute, regulation, judicial interpretation or otherwise, which create or find further additional or different rights and remedies, all of which shall accrue to Assignee to the fullest extent possible.

<u>Assumption</u>

7.    Assignee agrees to, and does, assume all liabilities and obligations of any nature whatsoever under any agreements relating to the Images, the related copyrights, or any related rights and privileges transferred or assigned herein, including any and all liabilities and obligations arising out of any of Assignor's previous licenses, contracts, commitments, or dealings that are in any way related to the Images, the copyrights, and/or any related rights or contracts.    Furthermore, Assignee shall defend, indemnify, and hold Assignor harmless from and against any and all claims, demands, liabilities, obligations, costs and expenses of any nature whatsoever, including without limitation costs of any kind, attorneys' fees, and expert witness fees, arising out of or relating in any way to the Images, the copyrights, and/or any other rights, privileges or licenses which relate in any way to the above-stated transfers and assignments.

<u>Further Assurances</u>

8.    At any time, and from time to time hereafter, Assignor will, upon request by Assignee, take all appropriate steps and execute, acknowledge and deliver to Assignee any and all further instruments and assurances reasonably appropriate in order to vest the aforementioned transfers, conveyances, copyrights, copyright licenses, copyright interests and other rights more effectively in Assignee.    Assignor hereby authorizes and directs his and personal representatives to make and execute any instrument and perform any

4

legal act that Assignee may think reasonably appropriate to secure the copyrights to the Images. or any renewal or extension of such copyrights.

IN WITNESS WHEREOF, Assignor and Assignee have caused this Agreement to be duly executed at Santa Monica, California as of the date first written above.

ASSIGNOR                        ASSIGNEE
                                Michael Grecco Photography, Inc.
                                A California corporation


_____       _____  PRESIDENT
Michael Grecco                  Michael Grecco, President


\GRECCO-1\Grecco.assign.agmt

EXHIBIT "A" - LIST OF COPYRIGHT TITLES, INCLUDING CERTIFICATES OF REGISTRATION, TO ASSIGNMENT AGREEMENT BETWEEN MICHAEL GRECCO AND MICHAEL GRECCO PHOTOGRAPHY, INC.

| TITLE | REG. NO. | DATE |
|---|---|---|
| Michael Grecco, T. Hatcher, No. 1 | VA 799-607 | 09-23-96 |
| Michael Grecco, Black Book, 1994 | VA 805-658 | 09-03-96 |
| Michael Grecco, T. Hatcher, No. 2 | VA 383-238 | 11-19-96 |
| Michael Grecco's Photographs in 1993 American Showcase | VA 928-835 | 07-02-98 |
| Michael Grecco's Photographs in the Alternative Pick, 1996 | VA 936-093 | 06-30-98 |
| Michael Grecco's Photographs in the Alternative Pick, 1997 | VA 937-574 | 06-30-98 |
| Michael Grecco's Photographs in the American Showcase, 1997 | VA 932-256 | 07-01-00 |
| Michael Grecco's Photographs in the 1995 the Alternative Pick | VA 932-255 | 07-01-00 |
| Michael Grecco's Photographs in the Black Book, Creative Options | VA 920-234 | 07-01-98 |
| Michael Grecco's Photographs in 1995 Creative Black Book | VA 915-702 | 08-27-98 |
| Michael Grecco's Photographs in the 1998 Black Book | VA 931-663 | 08-27-98 |
| Michael Grecco's Photographs's in the Black Book AR100 | VA 950-643 | 08-27-98 |
| Michael Grecco's Photographs in 1996 the Black Book AR 100 | VA 931-664 | 08-27-98 |
| Michael Grecco's Photographs in the 1995 American Showcase | VA 937-578 | 06-30-98 |
| Michael Grecco's Photographs in the 1997 Black Book | VA 915-703 | 08-27-98 |
| Michael Grecco's Photographs in the 1996 Black Book | VA 953-504 | 05-14-99 |
| Michael Grecco's Photographs, 1971 | None | N/A |
| Michael Grecco's Photographs, 1972 | None | N/A |
| Michael Grecco's Photographs, 1973 | None | N/A |

Michael Grecco's Photographs, 1974                      None        N/A

Michael Grecco's Photographs, 1975                      None        N/A

Michael Grecco's Photographs, 1976                      None        N/A

Michael Grecco's Photographs, 1977                      None        N/A

Michael Grecco's Photographs, 1978                      None        N/A

Michael Grecco's Photographs, 1979                      None        N/A

Michael Grecco's Photographs, 1980                      None        N/A

Michael Grecco's Photographs, 1981                      None        N/A

Michael Grecco's Photographs, 1982                      None        N/A

Michael Grecco's Photographs, 1983                      None        N/A

Michael Grecco's Photographs, 1984                      None        N/A

Michael Grecco's Photographs, 1985                      None        N/A

Michael Grecco's Photographs, 1986                      None        N/A

Michael Grecco's Photographs, 1987                      None        N/A

Michael Grecco's Photographs, 1988                      None        N/A

Michael Grecco's Photographs, 1989                      None        N/A

Michael Grecco's Photographs, 1990                      None        N/A

Michael Grecco's Photographs, 1991                      None        N/A

Michael Grecco's Photographs, 1992                      None        N/A

Michael Grecco's Photographs, 1993                      None        N/A

Michael Grecco's Photographs, 1994                      None        N/A

Michael Grecco's Photographs, 1995                      None        N/A

Michael Grecco's Photographs, 1996                      None        N/A

Michael Grecco's Photographs, 1997                      None        N/A



ENDORSED - FILED
in the office of the Secretary of State
of the State of California

JAN 26 2012

CERTIFICATE OF AMENDMENT OF

ARTICLES OF INCORPORATION OF

## MICHAEL GRECCO PHOTOGRAPHY, INC.

The undersigned certifies that:

1.    He is the president and the secretary of Michael Grecco Photography, Inc., a California Corporation.

2.    Article I of the Articles of Incorporation of this corporation is amended to read as follows:

    The name of the corporation is Michael Grecco Productions, Inc.

3.    The foregoing amendment of Articles of Incorporation has been duly approved by the Board of Directors.

4.    The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 1,000.  The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

I further declare under penalty of perjury under the laws of the State of California that the matters set forth in this Certificate are true and correct of my own knowledge.

DATE: 1/24/12

Michael Grecco, President and

Secretary

I hereby certify that the foregoing
transcript of_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

FEB 16 2012

Date:_____

DEBRA BOWEN, Secretary of State

**COMPOSITE EXHIBIT "B"**

Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Fri 1/26/2024 4:33 PM
To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (7 MB)
#question from @myndcruzer2023 #tv #drama #tvshow #sliders #scifi #sci… _ TikTok (1).pdf; 20170820_Group_Reg_Sliders.pdf;

January 26, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

> Work: Photograph titled "19971209_Sliders_Cast_MGP_0008.jpg"
>
> Location: https://www.tiktok.com/@myndcruzer2023/video/7165454547752717570
>
> Time stamp: 00:00–00:02
>
> File/excerpt name: 19971209_Sliders_Cast_MGP_0008.jpg
>
> Infringing poster: @myndcruzer2023

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

> Michael Grecco Productions, Inc.
> 3103 17th Street
> Santa Monica, CA 90405
> +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com
calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Wed 3/20/2024 10:48 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (2 MB)
20100707_Grecco_Photo_Getty_Published_ Xena (1).pdf; Screenshot 2024-02-27 165740.JPG;

March 20, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970506_Xena_lawless_lucy_MGP_0001.jpg"

Location: https://www.tiktok.com/@bellamy227/video/7160505047980231979

Time stamp: 00.06 - 00.08

File/excerpt name: 19970506_Xena_lawless_lucy_MGP_0001.jpg

Infringing poster: @bellamy227

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

## Copyright Department <copyright@grecco.com>

Tue 3/19/2024 9:25 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (1 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B-.pdf; Screenshot 2024-02-27 164318.JPG;

March 18, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

> Work: Photograph titled "19970506_Xena_lawless_lucy_MGP_0003.jpg"
>
> Location: https://www.tiktok.com/@gsp.xena/video/6897773992262864129
>
> Time stamp: 00:07–00:09
>
> File/excerpt name: 19970506_Xena_lawless_lucy_MGP_0003.jpg
>
> Infringing poster: @gsp.xena

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

> Michael Grecco Productions, Inc.
> 3103 17th Street
> Santa Monica, CA 90405
> +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**







Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Tue 3/19/2024 11:36 PM
To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (2 MB)
20021019_To_20021113_Grecco_0056_compressed (1).pdf; Screenshot 2024-02-27 170629.JPG;

March 19, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service
is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously
remove or disable access to the infringing material**.

    Work: Photograph titled "20021022_Google_Founders_MGP_0003.jpg"

    Location: https://www.tiktok.com/@henrybelcaster/video/7257238232616733994

    Time stamp: 00:07–00:09

    File/excerpt name: 20021022_Google_Founders_MGP_0003.jpg

    Infringing poster: @henrybelcaster

I am the author and copyright owner of the work listed above. This work has been posted to your service
without my permission.

Claimant:

    Michael Grecco Productions, Inc.
    3103 17th Street
    Santa Monica, CA 90405
    +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
**O:** +1-310-452-4461
**M:** +1-310-251-4451
**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Thu 3/21/2024 11:33 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (919 KB)
20170829_Grecco_Photography_Xena_Hercules-.pdf; Screenshot 2024-02-27 170220.JPG;

March 21, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970506_Xena_Lawless_Lucy_MGP_0043.jpg"

Location:   https://www.tiktok.com/@paulaandwinston1998/video/7309883960539008299

Time stamp: 00.03 - 00.05

File/excerpt name: 19970506_Xena_Lawless_Lucy_MGP_0043.jpg

Infringing poster: @paulaandwinston1998

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Wed 3/27/2024 1:24 AM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (4 MB)
20100707_Grecco_Photo_Getty_Published_ Xena..pdf; screencapture-tiktok-tigresha-of-fi-zi-ell-video-7313546763296722209-2024-02-27-16_51_04-edit.png;

March 27, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970506_Xena_lawless_lucy_MGP_0003.jpg"

Location: https://www.tiktok.com/@tigresha_of.fi.zi.ell/video/7313546763296722209

Time stamp: 00.05 - 00.08

File/excerpt name: 19970506_Xena_lawless_lucy_MGP_0003.jpg

Infringing poster: @tigresha_of.fi.zi.ell

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO

27/22/2125, 2:45                                    Mail - Copyright Department - Outlook

Michael Grecco Productions, Inc.



**MICHAEL GRECCO**
PHOTOGRAPHY

**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Mon 3/18/2024 9:50 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (7 MB)
20170119_Grecco_Photography_Xena_3_0223.pdf; Screenshot 2024-02-27 163517.JPG;

March 18, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

   Work: Photograph titled "19970506_Xena_Lawless_Lucy_MGP_0015.jpg"

   Location: https://www.tiktok.com/@wherearetheyfilms/video/7303558040899587374

   Time stamp: 00.00 - 00.02

   File/excerpt name: 19970506_Xena_Lawless_Lucy_MGP_0015.jpg

   Infringing poster: @wherearetheyfilms

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

   Michael Grecco Productions, Inc.
   3103 17th Street
   Santa Monica, CA 90405
   +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***



Item Copyright Dispute de 08/22/25



## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Wed 3/6/2024 11:30 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (1 MB)
https___www.tiktok.com_@christineb_2469_video_7222158741741800746.pdf;
20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B-.pdf;

March 6, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970503_Garcia_Andy_MGP_0001.jpg"

Location: https://www.tiktok.com/@wordsofwarning/video/7226772576243076395

File/excerpt name: 19970503_Garcia_Andy_MGP_0001.jpg

Infringing poster: @christineb_2469

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**



Rent Copyright Department 08/22/25



Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Wed 12/27/2023 10:02 AM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (14 MB)
BosRoxx (@roxxyvalkar) _ TikTok.pdf; 20170119_Grecco_Photography_Xena_3_0223 (1).pdf;

December 27, 2023

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970506_Xena_Lawless_Lucy_MGP_0005"

Location: https://www.tiktok.com/@roxxyvalkar (profile picture)

File/excerpt name: 19970506_Xena_Lawless_Lucy_MGP_0005

Infringing poster: @roxxyvalkar

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.




**Michael Grecco**

Director + Photographer
**O**: +1-310-452-4461
**M**: +1-310-251-4451
**W**: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Wed 2/21/2024 12:25 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (3 MB)
https:___www.tiktok.com_@90sgirlgroups_video_7050675459075476783.pdf; 20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B(1).pdf;

February 21, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

    Work: Photograph titled "19910622_En_Vogue_MGP_0010.jpg"

    Location: https://www.tiktok.com/@90sgirlgroups/video/7050675459075476783

    Timestamp: 00:00–00:02

    File/excerpt name: 19910622_En_Vogue_MGP_0010.jpg

    Infringing poster: @90sgirlgroups

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

    Michael Grecco Productions, Inc.
    3103 17th Street
    Santa Monica, CA 90405
    +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**



Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Sun 10/29/2023 5:10 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (15 MB)
20170122_Grecco_Photography_X-Files_6_0228 (2).pdf; screencapture-tiktok-bg-ijam-video-7283620831270309121-2023-10-09-07_22_00-edit.png;

October 29, 2023


TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA  90034

Phone: 4243510994

Email: Copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19930625_Anderson_Gillian_MGP_0006.jpg"

Location: https://www.tiktok.com/@bg_ijam/video/7283620831270309121

File/Excerpt Name: 19930625_Anderson_Gillian_MGP_0006.jpg

Video Timestamp: 00:00 – 00:02

Infringing poster: @bg_ijam

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.


Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
**O:** +1-310-452-4461
**M:** +1-310-251-4451
**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Copyright Infringement Notice

## Copyright Department <copyright@grecco.com>

Mon 11/6/2023 1:26 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (9 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (1)_compressed.pdf; screencapture-tiktok-iam4ranny72-video-7289764601623842090-2023-11-05-22_34_20-edit.png;

November 06, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA  90034

Phone: 4243510994

Email: Copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19850101_Til_Tuesday_Mann_Aimee_MGP_0006.jpg"

Location: https://www.tiktok.com/@iam4ranny72/video/7289764601623842090

File/Excerpt Name: 19850101_Til_Tuesday_Mann_Aimee_MGP_0006.jpg

Video Timestamp: 00:00 - 00:02

Infringing poster: @iam4ranny72

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.




**Michael Grecco**
Director + Photographer
**O**: +1-310-452-4461
**M**: +1-310-251-4451
**W**: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





| | |
|---|---|
| **From:** | Copyright Department |
| **To:** | Copyright@tiktok.com |
| **Cc:** | Michael Grecco |
| **Bcc:** | Elizabeth Waterman |
| **Subject:** | Copyright Infringement Notice |
| **Date:** | Friday, October 13, 2023 4:03:28 PM |
| **Attachments:** | screencapture-tiktok-iohndepp-video-7106179409345809669-2023-10-08-10_11_27-edit.png |
| | 20100707_Getty_Published_Images_2008_0170A.pdf |

October 13, 2023

TikTok Intellectual Property Team

5800 Bristol Pkwy Los Angeles, CA 90034

Phone: 4243510994

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19940708_Depp_Johnny_MGP_0010.jpg"

Location: https://www.tiktok.com/@iohndepp/video/7106179409345809669

File/Excerpt Name: 19940708_Depp_Johnny_MGP_0010.jpg

Infringing poster: @iohndepp

I am the author and the copyright owner of the work(s) listed above. This/these work(s) has/have been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work(s) in which you own copyright.

Claimant:

Michael Grecco Productions, Inc.

3103 17th Street

Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am

authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,



Michael Grecco

President/CEO
Michael Grecco Productions, Inc.


.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*



Michael Grecco Photography



Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Tue 3/12/2024 9:26 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (738 KB)
20100707_Getty_Published_Images_2008_0170A (3) (1).pdf; https___www.tiktok.com_@mj_impr_be.pdf;

March 12, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "Jackson_Michael_MGP_0005.jpg"

Location: https://www.tiktok.com/@mj_impr_be (profile picture)

File/excerpt name: Jackson_Michael_MGP_0005.jpg

Infringing poster: @mj_impr_be

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**

Director + Photographer

**O:** +1-310-452-4461

**M:** +1-310-251-4451

**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***



19890127_Jackson_Michael_MGP_0005.jpg

Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Fri 3/15/2024 6:07 PM
To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (742 KB)
https:__www.tiktok.com_@mjforever.1958.pdf; 20100707_Getty_Published_Images_2008_0170A (3) (1).pdf;

March 15, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

> Work: Photograph titled "19890127_Jackson_Michael_MGP_0001.jpg"
>
> Location: https://www.tiktok.com/@mjforever.1958 (profile picture)
>
> File/excerpt name: 19890127_Jackson_Michael_MGP_0001.jpg
>
> Infringing poster: mjforever.1958

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

> Michael Grecco Productions, Inc.
> 3103 17th Street
> Santa Monica, CA 90405
> +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**MICHAEL**GRECCO
PHOTOGRAPHY

**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





| From: | Copyright Department |
|---|---|
| To: | Copyright@tiktok.com |
| Cc: | Michael Grecco |
| Bcc: | Elizabeth Waterman |
| Subject: | Copyright Infringement Notice |
| Date: | Friday, October 13, 2023 3:49:12 PM |
| Attachments: | screencapture-tiktok-rogeriorar-17-video-7204032843452828933-2023-10-08-06_15_36-edit (1).png |
| | FHM_Morgan_Freeman_20040512_To_20040527_Grecco_Photography_0097.pdf |

October 13, 2023

TikTok Intellectual Property Team

5800 Bristol Pkwy Los Angeles, CA 90034

Phone: 4243510994

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "20040525_Freeman_Morgan_MGP_0002.jpg"

Location: https://www.tiktok.com/@rogeriorar.17/video/7204032843452828933

File/Excerpt Name: 20040525_Freeman_Morgan_MGP_0002.jpg

Infringing poster: @rogeriorar.17

I am the author and the copyright owner of the work(s) listed above. This/these work(s) has/have been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work(s) in which you own copyright.

Claimant:

Michael Grecco Productions, Inc.

3103 17th Street

Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am

authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco

President/CEO

Michael Grecco Productions, Inc.

.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





## Copyright Infringement Notice

**Copyright Department <copyright@grecco.com>**

Mon 2/12/2024 7:36 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (11 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (1) (1).pdf; Movietime (@weloverealmovies) _ TikTok.pdf;

February 12, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

   Work: Photograph titled "19950308_Tarantino_Quentin_MGP_0003.jpg"

   Locations:

       https://www.tiktok.com/@weloverealmovies (profile picture)

       https://p16-sign-useast2a.tiktokcdn.com/tos-useast2a-avt-0068-
       euttp/85f96430e91c935d37af3d4071d72261~c5_100x100.jpeg?lk3s=a5d48078&x-
       expires=1707872400&x-signature=zEnWaWkU%2F5FYkUItguSNsbQ3b0c%3D

   File/excerpt name: 19950308_Tarantino_Quentin_MGP_0003.jpg

   Infringing poster: @weloverealmovies

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

   Michael Grecco Productions, Inc.

3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**

Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

[calendly.com/michaelgrecco](calendly.com/michaelgrecco)

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**





Intent Copyright Drafted 08/22/25

## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Fri 11/17/2023 2:21 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (23 MB)

1980_Unpublished_Grecco_Photos_0230_VAu 1-397-398_compressed.pdf; screencapture-tiktok-nicolemiraswriting-video-
7232305190597168430-2023-11-17-16_00_57-edit.png;

November 17, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA  90034

Phone: 4243510994

Email: Copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service
is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously
remove or disable access to" the infringing material".

Work: Photograph "19800101_Siouxsie_and_the_Banshees_MGP_0001.jpg"

Location: https://www.tiktok.com/@nicolemiraswriting/video/7232305190597168430

File/Excerpt Name: 19800101_Siouxsie_and_the_Banshees_MGP_0001.jpg

Video Timestamp: 00:34 – 00:37

Infringing poster: @nicolemiraswriting

I am the author and the copyright owner of the work listed above. This work has been posted to your
service without my permission.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by

myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
**O:** +1-310-452-4461
**M:** +1-310-251-4451
**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Wed 2/28/2024 5:05 PM
To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (1 MB)
19990914_Greccophoto_Com_Website_Images_0008 Jet Li.pdf; https___www.tiktok.com_@rodgerskinaro.pdf;

February 28, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

    Work: Photograph titled "19981009_Li_Jet_MGP_0006.jpg"

    Location: https://www.tiktok.com/@rodgerskinaro (profile picture)

    File/excerpt name: 19981009_Li_Jet_MGP_0006.jpg

    Infringing poster: @rodgerskinaro

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

    Michael Grecco Productions, Inc.
    3103 17th Street
    Santa Monica, CA 90405
    +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Tue 1/2/2024 6:23 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (16 MB)
20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (6).pdf; They all rock #idanielsen #tinaweymouth #nicolerow #talwilkenfeld #... _ TikTok.pdf;

January 2, 2024

TikTok Intellectual Property Team
TikTok
5800 Bristol Parkway
Los Angeles, CA 90034
Phone: 424-351-0994
Email: copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19800101_Talking_Heads_MGP_0008"

Location:
https://www.tiktok.com/@dfwbass/video/7156765166611270958

Time stamp: 00:00–00:05

File/excerpt name: 19800101_Talking_Heads_MGP_0008

Infringing poster: @dfwbass

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
**O:** +1-310-452-4461
**M:** +1-310-251-4451
**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**



## Copyright Infringement Notice

### Copyright Department <copyright@grecco.com>

Fri 11/3/2023 10:33 AM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (2 MB)

20170122_Grecco_Photography_X-Files_5_0224 (2).pdf; screencapture-tiktok-scullysbae-video-7286728678883577094-2023-10-13-01_32_11-edit.png;

November 03, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA 90034

Phone: 4243510994

Email: Copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19930625_X-Files_The_MGP_0013.jpg"

Location: https://www.tiktok.com/@scullysbae/video/7286728678883577094?

File/Excerpt Name: 19930625_X-Files_The_MGP_0013.jpg

Video Timestamp: Sixth Photograph

Infringing poster: @scullysbae

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,



Michael Grecco
President/CEO
Michael Grecco Productions, Inc.




**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: _Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face_**





## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Tue 10/24/2023 10:33 AM

To:Copyright@tiktok.com <Copyright@tiktok.com>

Cc:Michael Grecco <mg@grecco.com>

Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (4 MB)

VA 1-232-596_00_XFiles_20030820_Grecco_Photography_X_Files_USA_S copy.pdf; screencapture-tiktok-shoyb78-video-7219171053778570498-2023-10-09-07_06_11-edit.png;

October 24, 2023

TikTok Intellectual Property Team
TikTok
5800 Bristol Pkwy
Los Angeles, CA 90034
Phone: 4243510994
Email: Copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19950310_X-Files_The_MGP_0007.jpg"

Location: https://www.tiktok.com/@shoyb78/video/7219171053778570498

File/Excerpt Name: 19950310_X-Files_The_MGP_0007.jpg

Video Timestamp: 00:00 – 00:27

Infringing poster: @shoyb78

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

Amazon Best Seller: Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face





Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Fri 10/20/2023 7:59 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (14 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (3).pdf; screencapture-tiktok-filmeseseriesxz-video-7152274101573324038-2023-10-08-10_12_46-edit.png;

October 20, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA 90034

Phone: 4243510994

Email: Copyright@tiktok.com

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19970506_Xena_lawless_lucy_MGP_0001.jpg"

Location: https://www.tiktok.com/@filmeseseriesxz/video/7152274101573324038?lang=en

File/Excerpt Name: 19970506_Xena_lawless_lucy_MGP_0001.jpg

Video Timestamp: 00:00 – 00:03

Infringing poster: @filmeseseriesxz

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
**O:** +1-310-452-4461
**M:** +1-310-251-4451
**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*



## Copyright Infringement Notice

### Copyright Department <copyright@grecco.com>

Wed 12/20/2023 5:59 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (20 MB)
PDF Xena_lawless_lucy.pdf; 20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (7).pdf;

December 20, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA 90034

Phone: 4243510994

Email: Copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

>   Work: Photograph "19970506_Xena_lawless_lucy_MGP_0001"

>   Location: https://www.tiktok.com/@filmeseseriesxz/video/7152274101573324038?lang=es

>   File/Excerpt Name: 19970506_Xena_lawless_lucy_MGP_0001.jpg

>   Video Timestamp: 00:00 – 00:03

>   Infringing poster: @filmeseseriesxz

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

>   Michael Grecco Productions, Inc.
>   3103 17th Street
>   Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***





## Copyright Infringement Notice

## Copyright Department <copyright@grecco.com>

Mon 11/27/2023 8:48 PM

To:Copyright@tiktok.com <Copyright@tiktok.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (5 MB)

20170122_Grecco_Photography_X-Files_5_0224 (3).pdf; screencapture-tiktok-ryanbtalkstv-video-7233874028795153710-2023-
11-15-20_14_46-edit.png;

November 27, 2023


TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA  90034

Phone: 4243510994

Email: Copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service
is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously
remove or disable access to" the infringing material".

Work: Photograph "19930625_X-Files_The_MGP_0010.jpg"

Location: https://www.tiktok.com/@ryanbtalkstv/video/7233874028795153710

File/Excerpt Name: 19930625_X-Files_The_MGP_0010.jpg

Video Timestamp: 00:18 – 00:28

Infringing poster: @ryanbtalkstv

I am the author and the copyright owner of the work listed above. This work has been posted to your
service without my permission.

Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by

myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***





**EXHIBIT "C"**

| Photo | Title | Registration No. | Date of Registration | Publication Date | Registered Within Five Years from Publication |
|---|---|---|---|---|---|
| First Photograph | 19970506_Xena_Lawless_Lucy_MGP_0001 | VA 1-431-698 | 2010 | 2009 | Yes |
| Second Photograph | 19970506_Xena_lawless_lucy_MGP_0003 | VA 1-431-698 | 2010 | 2009 | Yes |
| Third Photograph | 19970503_Garcia_Andy_MGP_0001 | VA 1-431-698 | 2010 | 2009 | Yes |
| Fourth Photograph | 19910622_En_Vogue_MGP_0010 | VA 1-431-698 | 2010 | 2009 | Yes |
| Fifth Photograph | 19850101_Til_Tuesday_Mann_Aimee_MGP_0006 | VA 1-431-698 | 2010 | 2009 | Yes |
| Sixth Photograph | Tarantino_Quentin_MGP_003 | VA 1-431-698 | 2010 | 2009 | Yes |
| Seventh Photograph | 20021022_Google_Founders_MGP_0003 | VAu 590-445 | 2002 | 2002 | Yes |
| Eighth Photograph | 19970506_Xena_Lawless_Lucy_MGP_0043" | VA 2-064-915 | 2017 | 1997 | No |
| Ninth Photograph | 19970506_Xena_Lawless_Lucy_MGP_0015 | VA 2-030-740 | 2017 | 1997 | No |
| Tenth Photograph | 19970506_Xena_Lawless_Lucy_MGP_0005 | VA 2-030-740 | 2017 | 1997 | No |
| Eleventh Photograph | 19971209_Sliders_Cast_MGP_0008 | VA 2-064-693 | 2017 | 1998 | No |
| Twelfth Photograph | 9930625_Anderson_Gillian_MGP_0006 | VA 2-063-319 | 2017 | 1993 | No |

| Photo | Title | Registration No. | Date of Registration | Publication Date | Registered Within Five Years from Publication |
|---|---|---|---|---|---|
| Thirteenth Photograph | 19940708_Depp_Johnny_MGP_0010 | VA 1-736-729 | 2010 | 2008 | Yes |
| Fourteenth Photograph | 19890127_Jackson_Michael_MGP 0005 | VA 1-736-729 | 2010 | 2008 | Yes |
| Fifteenth Photograph | 19890127_Jackson_Michael_MGP 0001 | VA 1-736-729 | 2010 | 2008 | Yes |
| Sixteenth Photograph | 20040525_Freeman_Morgan_MGP_0002 | VAu 630-623 | 2004 | 2004 | Yes |
| Seventeenth Photograph | 19800101_Siouxsie_and_the_Banshees_MGP_0001 | VAu 1-397-398 | 2019 | 1980 | No |
| Eighteenth Photograph | 19981009_Li_Jet_MGP_0006 | VA 1-148-989 | 2001 | 2001 | Yes |
| Nineteenth Photograph | 19950310_XFiles_The_MGP_Fox_TS_0003 | VA 2-030-741 | 2017 | 1993 | No |
| Twentieth Photograph | 19930625_X-Files_The_MGP_0010 | VA 2-030-741 | 2017 | 1993 | No |
| Twenty-First Photograph | 19950310_X-Files_The_MGP_0007 | VA 1-232-596 | 2003 | 1995 | No |
| Twenty-Second Photograph | 19800101_Talking_Heads_MGP_0008 | VA 1-431-699 | 2010 | 2010 | Yes |