UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-04837-FLA-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [D.E. # __]** |

On August 22, 2025, Plaintiff filed a Motion for Partial Summary Judgment.

The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion for Partial Summary Judgment and ORDERS as follows:

1. Plaintiff's DMCA Takedown Notices are compliant pursuant to 17 U.S.C. § 512(c)(3).
2. Defendant's users committed direct copyright infringement pursuant to 17 U.S.C. § 501.

1

3. Fair Use is not applicable pursuant to 17 U.S.C. § 107.

4. Defendant is liable for secondary liability on Plaintiff's claim for contributory copyright infringement.

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge