DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>TIKTOK, INC.,<br><br>*Defendant*. | Case No. 2:24-CV-04837-FLA-MAR<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Fernando L. Aenlle-Rocha<br>Date: September 26, 2025<br>Time: 1:30 pm<br>Courtroom: 6B<br><br>Filed concurrently with:<br>(1) Memorandum in Support of Motion for Summary Judgment;<br>(2) Declaration of Jemili Boutros;<br>(3) Declaration of J. Michael Keyes;<br>(4) Defendant's Statement of Uncontroverted Facts; and<br>(5) [Proposed] Order |

PLEASE TAKE NOTICE that on September 26, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, Defendant TikTok, Inc. ("TTI" or "Defendant") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 56, the Court's Standing Civil Order, and Local Rule 56, for summary judgment or partial summary judgment. The hearing will take place before the Honorable Fernando L. Aenlle-Rocha in Courtroom 6B, U.S. Courthouse, 350 West First Street, Los Angeles, California 90012.

Defendant's Motion for Summary Judgment or Partial Summary Judgment is based on this Notice of Motion and the concurrently filed Memorandum of Points and Authorities; Declarations of Jemili Boutros and J. Michael Keyes; Exhibits 1-15 to the Declarations; Defendant's Statement of Uncontroverted Facts; the pleadings and papers on file in this action; and any further evidence or argument of counsel that the Court may receive at or before the hearing.

Defendant moves for summary judgment or partial summary judgment on Plaintiff's claims for contributory and vicarious copyright infringement and on the damages that Plaintiff seeks. Summary judgment is appropriate on these issues for the following reasons.

*First*, Plaintiff admittedly did not consider fair use before sending copyright takedown notices to TTI. The Ninth Circuit is clear that copyright owners must consider fair use and form a good faith belief that material is infringing before sending takedown notices and Plaintiff's failure to do so renders Plaintiff's takedown notices ineffective. Accordingly, the ineffective takedown notices fail to put Defendant on notice of infringement and Plaintiff's contributory and vicarious copyright infringement claims fail.

*Second*, TTI did not receive a direct financial benefit from the alleged acts of infringement, all of which are uses of Plaintiff's photographs in content created and posted to TikTok by third-party TikTok users. Plaintiff has no evidence of an

essential element of its vicarious copyright infringement claim and that claim must be dismissed.

*Third*, Plaintiff cannot recover Defendant's profits or Plaintiff's actual damages. TTI did not derive any revenue or profits from the user-generated content at issue and there are simply no profits for Plaintiff to recover. Similarly, Plaintiff has failed to produce objective evidence relating to the market value of its photographs and any actual damages it seeks are entirely speculative.

**Statement Regarding Conference of Counsel Under Local Rule 7-3**

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place via video conference on August 15, 2025. Keyes Decl. ¶ 16. The parties were unable to resolve their disputes as to the issues addressed in this motion. *Id.* The parties also discussed Plaintiff's forthcoming motion for summary judgment and the parties believe that Defendant's and Plaintiff's motions are not cross-motions on the same issues.

| | |
|---|---|
| Dated: August 22, 2025 | DORSEY & WHITNEY LLP |
| | By: /s/ J. Michael Keyes |
| | J. Michael Keyes (SBN 262281) |
| | keyes.mike@dorsey.com |
| | Connor J. Hansen (*pro hac vice*) |
| | hansen.connor@dorsey.com |
| | Dylan J. Harlow (*pro hac vice*) |
| | harlow.dylan@dorsey.com |
| | Columbia Center |
| | 701 Fifth Avenue, Suite 6100 |
| | Seattle, WA |
| | Telephone: 206.903.8800 |
| | Facsimile: 206.903.8820 |
| | |
| | DORSEY & WHITNEY LLP |
| | Kent J. Schmidt (SBN 195969) |
| | schmidt.kent@dorsey.com |
| | 600 Anton Boulevard, Suite 200 |
| | Costa Mesa, CA 92626 |
| | Telephone: 714.800.1400 |
| | Facsimile: 714.800.1499 |
| | |
| | *Attorneys for Defendant TikTok, Inc.* |

-4-

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                        */s/ J. Michael Keyes*
                                        J. Michael Keyes, SBN 262281