# Exhibit 12

To the Declaration of J. Michael Keyes iso Defendant's Motion for Summary Judgment

## Copyright Infringement Notice

**Copyright Department** <copyright@grecco.com>
Fri 10/20/2023 7:59 PM

To: Copyright@tiktok.com <Copyright@tiktok.com>
Cc: Michael Grecco <mg@grecco.com>
Bcc: Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (14 MB)
20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B (3).pdf; screencapture-tiktok-filmeseseriesxz-video-7152274101573324038-2023-10-08-10_12_46-edit.png;

October 20, 2023

TikTok Intellectual Property Team

TikTok

5800 Bristol Pkwy

Los Angeles, CA  90034

Phone: 4243510994

Email: Copyright@tiktok.com


To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19970506_Xena_lawless_lucy_MGP_0001.jpg"

Location: https://www.tiktok.com/@filmeseseriesxz/video/7152274101573324038?lang=en

File/Excerpt Name: 19970506_Xena_lawless_lucy_MGP_0001.jpg

Video Timestamp: 00:00 – 00:03

Infringing poster: @filmeseseriesxz

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the work in which you own copyright.


Claimant:
Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

**GRECCO_000534**

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*



GRECCO_000535

