UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-04837-FLA-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE EXHIBIT A TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [D.E. # __]** |

　　On August 25, 2025, Plaintiff filed a Motion to Substitute Exhibit A to Plaintiff's Motion for Partial Summary Judgment, specifically D.E. 69-2, pp.6–61 (ID# 1392–1447).

　　The Court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion to Substitute Exhibit A to Plaintiff's Motion for Partial Summary Judgment at D.E. 69-2, pp.6–61 (ID# 1392–1447) and ORDERS as follows:

1.  The revised and corrected Exhibit "A" attached to the Motion will substitute the current Exhibit "A" to the Declaration of Jonathan Alejandrino (at D.E. 69-2, pp.6–61 (ID# 1392–1447).

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
United States District Judge

2