DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR <br><br> **DEFENDANT'S NOTICE OF LODGING NONPAPER EXHIBITS PURSUANT TO L.R. 11-5.1** |

Defendant TikTok, Inc. ("TTI" or "Defendant") hereby lodges fifteen nonpaper exhibits submitted in support of Defendant's Opposition to Plaintiff Michael Grecco Productions Inc.'s Motion for Partial Summary Judgment in the above captioned action. The nonpaper exhibits are videos that Plaintiff alleges include infringing uses of its photographs. Additional information relating to each video is provided in the concurrently filed Declaration of J. Michael Keyes in Opposition to Plaintiff's Motion for Partial Summary Judgment.

The nonpaper exhibits are identified below and provided on a DVD being lodged with the Court:

- **Exhibit 11**. A true and correct copy of a video posted to TikTok by user gsp.xena.
- **Exhibit 12**. A true and correct copy of a video posted to TikTok by user tigresha_of.fo.zi.ell.
- **Exhibit 13**. A true and correct copy of a video posted to TikTok by user christineb_2469.
- **Exhibit 14**. A true and correct copy of a video posted to TikTok by user 90sgirlgroups.
- **Exhibit 15**. A true and correct copy of a video posted to TikTok by user iam4ranny72.
- **Exhibit 16**. A true and correct copy of a video posted to TikTok by user henrybelcaster.
- **Exhibit 17**. A true and correct copy of a video posted to TikTok by user paulaandwinston1998.
- **Exhibit 18**. A true and correct copy of a video posted to TikTok by user wherearetheynow.
- **Exhibit 19**. A true and correct copy of a video posted to TikTok by user myndcruzer2023.

- o **Exhibit 20**. A true and correct copy of a video posted to TikTok by user bg_ijam.
- o **Exhibit 21**. A true and correct copy of a video posted to TikTok by user rogerior.oficial.
- o **Exhibit 22**. A true and correct copy of a video posted to TikTok by user nicolemiraswriting.
- o **Exhibit 23**. A true and correct copy of a video posted to TikTok by user ryanbtalkstv.
- o **Exhibit 24**. A true and correct copy of a video posted to TikTok by user shoyb78.
- o **Exhibit 25**. A true and correct copy of a video posted to TikTok by user dfwbass.

Dated:  September 5, 2025

DORSEY & WHITNEY LLP

By: */s/ Connor J. Hansen*
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dylan@dorsey.com*
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                */s/ Connor J. Hansen*
                Connor J. Hansen