DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR <br><br> **DEFENDANT'S APPLICATION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE DEFENDANT'S EXPERT WITNESS AND REPORT IN EXCESS OF THE WORD COUNT LIMIT** <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> Second Amended Complaint filed: April 1, 2025 |

## I.   APPLICATION

Defendant TikTok, Inc. ("Defendant" or "TTI") will and hereby does, though its attorneys Dorsey & Whitney LLP, respectfully request that the Court issue an Order granting Defendant leave to file its Opposition to Plaintiff's Motion to Exclude and/or Strike Defendant's Expert Witness and Report ("Opposition") containing excess words under Standing Order § IV.D.3 and Dkt. 42, Scheduling and Trial Order § II.A.1.  A copy of the Opposition is filed concurrently herewith.

This Application is based upon the legal arguments herein, and on such additional legal arguments and evidence the Court may receive at any hearing on this Application.

## II.   ISSUE TO BE DECIDED

On August 20, 2025, Plaintiff filed a Motion to Exclude and/or Strike Defendant's Expert Witness and Report ("Motion") seeking to exclude Defendant's damages expert Mr. David Duski and his report.  Dkt. 67.  Under this Court's Standing Order, motions to exclude expert witnesses must be brought as motions *in limine*.  *See* Standing Order § IV.D.3[1] ("The court treats motions to admit or exclude evidence, including expert testimony and/or reports, as motions *in limine* subject to the requirements set forth in the court's Scheduling and Trial Order."); Dkt. 42, Scheduling and Trial Order § II.A.1 ("Challenges to expert testimony and/or reports should be brought as motions *in limine*.").  "Motions *in limine* and oppositions must not exceed 2,800 words in length, or ten (10) pages for handwritten briefs and briefs prepared using a typewriter."  Dkt. 42, Scheduling and Trial Order § II.A.1.

Defendant's Opposition asks that the Court strike Plaintiff's Motion because it was filed as a separate motion rather than a motion *in limine*.  *See* Dkt. 42,

---

[1] Judge Aenlle-Rocha, Civil Standing Order, https://www.cacd.uscourts.gov/sites/default/files/documents/FLA/AD/Judge%20Aenlle-Rocha%20Civil%20Standing%20Order%20%282-1-25%29.pdf

-2-

DEFENDANT'S APPLICATION FOR
LEAVE TO FILE OPPOSITION IN EXCESS OF
WORD COUNT LIMIT                                            Case No. 2:24-CV-04837-FLA-MAR

Scheduling and Trial Order § II.A.1 ("Any challenges to expert testimony or reports brought as separate motions *shall* be stricken.") (emphasis added).

In the event the Court does not strike Plaintiff's Motion, Defendant's Opposition also addresses the merits of Plaintiff's Motion. Plaintiff's Motion exceeds this Court's 2,800-word or ten-page limit for motions *in limine*. Dkt. 67. Because Plaintiff exceeded the word limit in its Motion, Defendant respectfully requests leave to exceed the 2,800 word limit in its Opposition to provide it a fair opportunity to respond fully to Plaintiff's Motion. Defendant filed its Opposition on September 5, 2025, and it contains 5153 words.

### III.   CONCLUSION

For the foregoing reasons, Defendant moves for an Order granting it permission to file the Opposition containing 5153 words.

Dated:   September 6, 2025            DORSEY & WHITNEY LLP

By:  */s/ Connor J. Hansen*
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:  714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                             */s/ Connor J. Hansen*
                                             Connor J. Hansen

-4-