DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TIKTOK, INC., <br><br> *Defendant*. | Case No. 2:24-CV-04837-FLA-MAR <br><br> **DEFENDANT'S NOTICE OF LODGING NONPAPER EXHIBITS PURSUANT TO L.R. 11-5.1** |

Defendant TikTok, Inc. ("TTI" or "Defendant") hereby lodges it's Proposed Order Granting Application for Leave to File Under Seal Documents Relating to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. 85).

////

////

////

| | | |
|---|---|---|
| 1 | Dated: September 7, 2025 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes<br>J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com<br>Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com<br>Dylan J. Harlow (*pro hac vice*) |
| 6 | | harlow.dylan@dorsey.com<br>Columbia Center |
| 7 | | 701 Fifth Avenue, Suite 6100<br>Seattle, WA |
| 8 | | Telephone: 206.903.8800<br>Facsimile: 206.903.8820 |
| 9 | | DORSEY & WHITNEY LLP |
| 10 | | Kent J. Schmidt (SBN 195969)<br>schmidt.kent@dorsey.com |
| 11 | | 600 Anton Boulevard, Suite 200<br>Costa Mesa, CA 92626 |
| 12 | | Telephone: 714.800.1400<br>Facsimile: 714.800.1499 |
| 13 | | *Attorneys for Defendant TikTok, Inc.* |

-2-

DEFENDANT'S NOTICE OF
LODGING PROPOSED ORDER

Case No. 2:24-CV-04837-FLA-MAR

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                                /s/ *J. Michael Keyes*
                                                J. Michael Keyes, SBN 262281