UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIKTOK INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-04837-FLA (MARx)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKTS. 68, 69] AND DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. 70] AND DENYING RELATED SEALING APPLICATIONS AS MOOT [DKTS. 72, 76, 85, 88, 92, 98]** |

1

On August 22, 2025, Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") filed a Motion for Partial Summary Judgment (Dkt. 68, "Plaintiff's Sealed MSJ" and Dkt. 69, "Plaintiff's MSJ").  On the same day, Defendant TikTok Inc. ("Defendant") filed a Motion for Partial Summary Judgment (Dkt. 70, "Defendant's MSJ").

Plaintiff and Defendant (together, the "Parties") have not complied with the court's instruction to meet and confer and determine which party will move and which will oppose the one motion for summary judgment.  Instead, the Parties have filed cross-motions for summary judgment, which is prohibited under the court's Initial Standing Order ("Order").[1]  Dkt. 10 at 8–9 ("[T]he court will not entertain cross-motions that seek to adjudicate the same legal issues.  If the parties wish to cross-move for summary judgment, their counsel shall meet and confer to determine which party will move and which will oppose the one motion for summary judgment.").  Because both Parties violated the court's Order, the court STRIKES Plaintiff's Sealed MSJ, Plaintiff's MSJ, and Defendant's MSJ (Dkts. 68, 69, and 70).  All of the Parties' sealing applications in relation to the motions for summary judgment (Dkts. 72, 76, 85, 88, 92, and 98) are DENIED as moot.

The Parties are ORDERED to meet and confer regarding which party will file an initial motion for summary judgment, and which will then file an opposition and motion for summary judgment.  In other words, the party filing first ("Party A") may file a motion for summary judgment ("Renewed First Motion").  The party filing second ("Party B") may file a combined opposition to the motion and motion for summary judgment ("Renewed Second Motion").  Party A may then file a combined reply supporting the Renewed First Motion and opposition to the Renewed Second Motion.  Party B may then file a reply supporting the Renewed Second Motion.  The

---

[1] The Parties are advised that the court expects them to comply fully with all statutory requirements, court rules, and court orders, and that failure to so comply may result in the imposition of sanctions up to and including the dismissal of the action or the striking of documents and pleadings.

2

Parties shall conform to the following briefing schedule, and the court leaves it to the Parties to determine which party shall be Party A and which shall be Party B. The court will then take the parties' motions under submission upon the filing of Party B's reply.

| Party | Deadline | Briefings |
|---|---|---|
| Party A | April 3, 2026 | Renewed First Motion |
| Party B | April 17, 2026 | Opposition to Renewed First Motion and Renewed Second Motion |
| Party A | May 1, 2026 | Reply Supporting Renewed First Motion and Opposition to Renewed Second Motion |
| Party B | May 15, 2026 | Reply Supporting Renewed Second Motion |

To ease the court's review, Party B should file only one set of exhibits in support of its combined Renewed Second Motion and Opposition to Renewed First Motion and a combined separate statement of genuine disputes of material fact/additional uncontroverted facts. Party A should file only one set of exhibits in support of its combined Reply Supporting Renewed First Motion and Opposition to Renewed Section Motion.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge