UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC.,

Plaintiff,

v.

TIKTOK INC.,

Defendant.

Case No. 2:24-cv-04837-FLA (MARx)

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT [DKT. 117]**

1

On March 31, 2026, the Parties filed a Stipulation and Request For Extension of Time to File Motions for Summary Judgment ("Stipulation"), seeking a sixty (60) day extension of the summary judgment briefing schedule set forth in the Court's March 5, 2026 Order (Dkt. 116).

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation ORDERS that the deadlines for the Parties to file their renewed motions for summary judgment are extended by sixty days and the Parties shall file conform to the following briefing schedule:

| Party | Deadline | Briefings |
| --- | --- | --- |
| Party A | June 2, 2026 | Renewed First Motion |
| Party B | June 16, 2026 | Opposition to Renewed First Motion and Renewed Second Motion |
| Party A | June 30, 2026 | Reply Supporting Renewed First Motion and Opposition to Renewed Second Motion |
| Party B | July 14, 2026 | Reply Supporting Renewed Second Motion |

All other portions of the Court's March 5, 2026 Order (Dkt. 116) remain in effect.

IT IS SO ORDERED.

Dated: March 31, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2